| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| (State) |
| Case number (*If known*): _____ Chapter _____ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  _____

2. **All other names debtor used in the last 8 years**
   _____
   _____
   Include any assumed names, trade names, and *doing business as* names
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)
   __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   _____
   Number     Street

   _____

   _____
   City                     State     ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City                     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City                     State     ZIP Code

5. **Debtor's website** (URL)  _____

Debtor _____   Case number (*if known*)_____
        Name

6. **Type of debtor**
   - ❏ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ❏ Partnership (excluding LLP)
   - ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   - ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ❏ None of the above

   B. *Check all that apply:*
   - ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ❏ Chapter 7
   - ❏ Chapter 9
   - ❏ Chapter 11. *Check **all** that apply*:
     - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ❏ A plan is being filed with this petition.
     - ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ❏ Chapter 12

Debtor _____   Case number (*if known*)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ❏ No

   ❏ Yes.   District _____   When _____   Case number _____
                                                                                        MM / DD / YYYY

          District _____   When _____   Case number _____
                                                                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ❏ No

    ❏ Yes.   Debtor _____   Relationship _____

           District _____   When _____
                                                                                          MM  /  DD  / YYYY

           Case number, if known  _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ❏ No

    ❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (*Check all that apply.*)

        ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

           What is the hazard? _____

        ❏ It needs to be physically secured or protected from the weather.

        ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ❏ Other _____

        **Where is the property?**_____
                                                          Number      Street

                                                          _____

                                                        _____   _____   _____
                                                        City                                   State  ZIP Code

        **Is the property insured?**

        ❏ No

        ❏ Yes. Insurance agency _____

                   Contact name _____

                   Phone _____

---

**Statistical and administrative information**

Debtor _____     Case number (*if known*)_____
          Name

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on _____<br>               MM / DD / YYYY<br><br>✗ _____    _____<br>Signature of authorized representative of debtor    Printed name<br><br>Title _____ |
|---|---|---|

Debtor _____                    Case number (*if known*)_____
      Name

**18. Signature of attorney**     ✘ _____    Date    _____
                                              Signature of attorney for debtor                           MM   / DD  / YYYY

                                    _____
                                    Printed name

                                    _____
                                      Firm name

                                    _____
                                    Number      Street

                                    _____    _____  _____
                                    City                                                            State         ZIP Code

                                    _____       _____
                                    Contact phone                          Email address

                                    _____    _____
                                    Bar number                                                    State

**Fill in this information to identify the case:**

Debtor name: Greensill Capital Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Brian Haezebroeck | haezebroeck@msn.com | Employee Obligations | N/A | N/A | N/A | $43,260.00 |
| 2 | Pieter Frederik Boom | pfboom01@gmail.com | Employee Obligations | N/A | N/A | N/A | $39,615.38 |
| 3 | Randolph Habeck | dolph.habeck@mac.com | Employee Obligations | N/A | N/A | N/A | $37,692.31 |
| 4 | Shinichi Cowe | srcowe@gmail.com | Employee Obligations | N/A | N/A | N/A | $33,051.12 |
| 5 | Donatus Anusionwu | danusionwu@gmail.com | Employee Obligations | N/A | N/A | N/A | $32,307.69 |
| 6 | Lucia Martinez | luciamartinezcfa@gmail.com | Employee Obligations | N/A | N/A | N/A | $31,634.62 |
| 7 | Michael Pilat | mike@mikepilat.com | Employee Obligations | N/A | N/A | N/A | $29,615.38 |
| 8 | Ryan Waterman | rwaterman@centurylink.net | Employee Obligations | N/A | N/A | N/A | $27,730.77 |

*The Debtor has requested authority from the Bankruptcy Court to pay certain of the amounts reflected herein.

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Greensill Capital Inc.  
     Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | John Smith | johnswood77@gmail.com | Employee Obligations | N/A | N/A | N/A | $27,103.85 |
| 10 | Sarood Baig | stbaig@gmail.com | Employee Obligations | N/A | N/A | N/A | $27,103.85 |
| 11 | Thomas Owen | towen@iowatelecom.net | Employee Obligations | N/A | N/A | N/A | $26,740.38 |
| 12 | Jacob Streit | jakes918@gmail.com | Employee Obligations | N/A | N/A | N/A | $25,961.54 |
| 13 | Jamey Ross | rossjamey@gmail.com | Employee Obligations | N/A | N/A | N/A | $25,750.00 |
| 14 | Scott Cline | scbball33@gmail.com | Employee Obligations | N/A | N/A | N/A | $25,750.00 |
| 15 | Marisa Lazatin | marisabgorman@gmail.com | Employee Obligations | N/A | N/A | N/A | $24,759.62 |
| 16 | Indirah Toovey | indi2v50@gmail.com | Employee Obligations | N/A | N/A | N/A | $24,230.77 |
| 17 | Matthew Wright | matthewwright@gmail.com | Employee Obligations | N/A | N/A | N/A | $24,230.77 |
| 18 | Dinesh Kumar | hdinkumar@yahoo.com | Employee Obligations | N/A | N/A | N/A | $24,230.77 |
| 19 | Thomas Coenen | tcoenen@gmail.com | Employee Obligations | N/A | N/A | N/A | $24,066.35 |
| 20 | John Zimmerman | j.zimmerman@yahoo.com | Employee Obligations | N/A | N/A | N/A | $23,692.31 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GREENSILL CAPITAL INC., | Case No.: 21-_____ (___) |
| Debtor.[1] | |

**LIST OF EQUITY SECURITY HOLDERS[2]**

| Debtor | Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Greensill Capital Inc. | Greensill Capital Management (UK) Limited (in administration) | 1 Southampton Street, Covent Garden, London, WC2R 0LR | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's corporate headquarters are located at 2 Gansevoort Street, New York, New York 10014.

[2] This list serves as the disclosure required to be made by the Debtors pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. The equity position listed is as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREENSILL CAPITAL INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No.: 21-_____ (___) |

# CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Greensill Capital Inc., (the "Debtor"), as debtor and debtor-in-possession in the above-captioned case, respectfully represents that Greensill Capital Management (UK) Limited (in administration) directly owns 100% of the equity interest in the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's corporate headquarters are located at 2 Gansevoort Street, New York, New York 10014.

**Fill in this information to identify the case and this filing:**

Debtor Name: Greensill Capital Inc.
United States Bankruptcy Court for the: Southern District of New York (State)
Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration  Corporate Ownership Statement; List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/25/2021       X /s/ Hugh McKee
         MM / DD / YYYY        Signature of individual signing on behalf of debtor

                              Hugh McKee
                              Printed name

                              Corporate Secretary
                              Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## Greensill Capital Inc.

Secretary's Certificate

The undersigned, being the Secretary of Greensill Capital Inc., a Delaware corporation (the "Company"), does hereby certify as follows:

Attached hereto as Annex A is a true, correct and complete copy of the resolutions duly adopted by the Board of Directors of the Company on March 25, 2021 (the "Resolutions"), and such Resolutions have not been modified or rescinded in whole, in part, or in any respect and are in full force and effect.

IN WITNESS WHEREOF, the undersigned, in his capacity as Secretary of the Company has duly executed and caused this certificate to be delivered as of March 25, 2021.

                                GREENSILL CAPITAL INC.

                                By:  /s/ Hugh McKee
                                     Name:  Hugh McKee
                                     Title:  Corporate Secretary

**RESOLUTIONS ADOPTED BY UNANIMOUS APPROVAL
AT A MEETING OF THE BOARD OF DIRECTORS**

**GREENSILL CAPITAL INC.
March 25, 2021**

The members of the Board of Directors (the "**Board**") of GREENSILL CAPITAL INC., a Delaware Corporation (the "**Corporation**"), do hereby consent to the taking of the following actions and do hereby adopt the following resolutions following a special meeting of the Board, all in accordance with applicable law, and all statutory and bylaw requirements pertaining thereto:

**WHEREAS**, special meetings of the Board were held virtually on March 24, 2021 and March 25, 2021, of which all members of the Board were provided sufficient notice;

**WHEREAS**, the following members of the Board were present for the meetings: Alexander (Lex) D. Greensill and Jill Frizzley;

**WHEREAS**, the Board has considered the presentations by the Corporation's management and its legal advisors regarding the liabilities and liquidity of the Corporation, the alternatives available to it, and the effect of the foregoing on the Corporation and its creditors and other parties in interest;

**WHEREAS**, the Board has reviewed the recommendations of the Corporation's advisors as to the relative risks and benefits of the alternatives available to the Corporation, including filing a bankruptcy proceeding (the "**Bankruptcy Case**") under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), which contemplates entering into the debtor-in-possession financing (the "**DIP Financing**"), and has received and reviewed forms or descriptions of the key "first day" filings that would be proposed to be made by the Corporation in connection with the Bankruptcy Case (the "**Initial Filings**");

**WHEREAS,** the Board has received and reviewed forms of the agreement between the Corporation and its affiliate, Greensill Capital (UK) Limited (the "**Services Agreement**"), which are currently under administration proceedings in the United Kingdom (the "**Administration**") overseen by three joint administrators (the "**Administrators**"), which provides for funding and reimbursement of the Corporation's costs in connection with its continued employment of certain of its employees; and

**WHEREAS**, after review and due consideration of all of the information presented to the Board, the Board deems it advisable and in the best interests of the Corporation, creditors, stakeholders, and other interested parties, for the Corporation to commence the Bankruptcy Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Petition**").

**NOW, THEREFORE, BE IT:**

## I.  CHAPTER 11 FILING AUHORITY

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, creditors, stakeholders, and other interested parties that the Petition and the Initial Filings be filed by the Corporation in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**");  and be it

**FURTHER RESOLVED**, that the Corporation shall be, and hereby is, authorized, directed and empowered (i) to file the Petition and the Initial Filings and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;  and be it

**FURTHER RESOLVED**, that any director, or officer, of the Corporation, (each, a "**Designated Person**" and collectively, the "**Designated Persons**") be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation to execute and verify the Petition and the Initial Filings as well as all other ancillary documents and to cause the Petition and the Initial Filings to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition, the Initial Filings, or any ancillary documents, and to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing;  and be it

## II.  RETENTION OF PROFESSIONALS

**FURTHER RESOLVED,** that, in connection with the Bankruptcy Case, each Designated Person is hereby authorized, empowered, and directed with full power of delegation, in the name and on behalf of the Corporation to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, on behalf of the Corporation, which such Designated Person deems necessary, appropriate or advisable in connection with, or in furtherance of the Bankruptcy Case, with a view to the successful prosecution of the Bankruptcy Case (such acts to be conclusive evidence that such Designated Person deemed the same to meet such standard);  and be it

**FURTHER RESOLVED**, that the law firm of Togut, Segal & Segal LLP is hereby retained as chapter 11 counsel for the Corporation in the Bankruptcy Case, subject to Bankruptcy Court approval;  and be it

**FUTHER RESOLVED**, that in addition to the existing signatories of the Corporation, any Designated Person, acting alone or in any combination, be, and hereby is, authorized to cause the Corporation to employ other special counsel, financial advisors, investment bankers, accountants, restructuring advisors and other professionals as appropriate in connection with the Bankruptcy Case and all related matters;  and be it

### III. SERVICES AGREEMENT

**FURTHER RESOLVED,** that the form, terms, and provisions of the Services Agreement between the Corporation and the Administrator, and the Corporation's performance of its obligations under the Services Agreement be, and hereby are, in all respects, approved; and be it

**FURTHER RESOLVED**, that all acts and actions taken by the Designated Persons prior to the date hereof with respect to the Services Agreement be, and hereby are, in all respects confirmed, approved, and ratified; and be it

### IV. DEBTOR-IN-POSSESSION FACILITY

**FURTHER RESOLVED,** that the form, terms, and provisions of the Debtor-In-Possession Credit Agreement (the "**DIP Credit Agreement**") by and between the Corporation, as debtor and debtor-in-possession in the Bankruptcy Case, and Peter Greensill Family Trust (the "**DIP Lender**") and the Corporation's performance of its obligations under the DIP Credit Agreement be, and hereby are, in all respects, approved; and further resolved, that the form, terms and provisions of each of the instruments and documents ancillary to the DIP Credit Agreement (together with the DIP Credit Agreement, collectively, the "**DIP Documents**"), are hereby in all respects approved, and the Designated Persons, *provided* that for purposes of Section IV herein, Mr. Greensill shall not be included within the meaning of "Designated Persons", hereby are authorized and empowered to execute and deliver the DIP Credit Agreement, and each of the DIP Documents, in the name and on behalf of the Corporation under its corporate seal or otherwise, substantially in the forms reviewed by the Designated Persons, with such changes therein and modifications and amendments thereto as the Designated Persons may in their sole discretion approve, which approval shall be conclusively evidenced by his execution thereof; and be it

**FURTHER RESOLVED**, that the Designated Persons be, and hereby are, authorized and empowered to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the DIP Documents, to arrange for and enter into supplemental agreements, amendments, instruments, certificates, or documents relating to the transactions contemplated by the DIP Credit Agreement or any of the other DIP Documents and to execute and deliver all such supplemental agreements, amendments, instruments, certificates, or documents in the name and on behalf of the Corporation under its corporate seal or otherwise, which shall in his or her sole judgment be necessary, proper or advisable in order to perform the Corporation's obligations under or in connection with the DIP Credit Agreement or any of the other DIP Documents and the transactions contemplated therein, and to carry out fully the intent of the foregoing resolutions; and be it

**FURTHER RESOLVED**, that the Designated Persons be, and hereby are, authorized and empowered to execute and deliver any amendments, amendment and restatements, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Credit Agreement or any

of the DIP Documents which shall in their sole judgment be necessary, proper or advisable; and be it

**FURTHER RESOLVED**, that all acts and actions taken by the Designated Persons prior to the date hereof with respect to the transactions contemplated by the DIP Credit Agreement and any of the other DIP Documents be, and hereby are, in all respects confirmed, approved, and ratified; and be it

### V.    GENERAL

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Persons, and in addition to the existing signatories of the Corporation, any of the Designated Persons, acting alone or in any combination, be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Corporation with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as he or she may consider necessary or appropriate to enable the Corporation to carry out the intent and to accomplish the purposes of the foregoing resolutions;  and be it

**FUTHER RESOLVED**, that all actions heretofore taken by any manager, officer, or director of the Corporation in connection with the foregoing resolutions, the Petition, the Initial Filings, and related matters be, and they hereby are, confirmed, ratified and approved in all respects;  and be it

**FURTHER RESOLVED**, that each of the Designated Persons (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder, as such Designated Person shall deem necessary or desirable in the  Designated Person's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

**[Remainder of page left blank intentionally]**