Hearing Date: March 26, 2021 at 3:00 p.m. (EST)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Proposed Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | **Related Docket Nos. 3, 4, 6, 7** |

**NOTICE OF TELEPHONIC HEARING ON**
**"FIRST-DAY" APPLICATIONS AND MOTIONS**

**PLEASE TAKE NOTICE** that on March 25, 2021 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtor filed, or plans to file, among other items, the applications and motions that are listed on **Exhibit A** hereto (collectively, the "First Day Pleadings") and the *Declaration of Matthew Tocks Pursuant to Bankruptcy Rule 1007-2 and in Support of the Debtor's Chapter 11 Petition and First Day Pleadings* (the "First Day Declaration").

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's corporate headquarters is located at 2 Gansevoort Street, New York, New York 10014.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing to consider the relief requested in the First Day Pleadings will be held on **March 26, 2021, at 3:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004, via Court Solutions LLC at www.court-solutions.com.  Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and First Day Declaration can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtor's chapter 11 case at https://cases.stretto.com/greensill, or (iii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

*[concludes on following page]*

Dated: New York, New York
March 25, 2021

        GREENSILL CAPITAL INC.,
        *Debtor and Debtor in Possession*
        By its Attorneys
        TOGUT, SEGAL & SEGAL LLP,

        By:

        */s/ Kyle J. Ortiz*
        ALBERT TOGUT
        KYLE J. ORTIZ
        BRYAN M. KOTLIAR
        AMANDA C. GLAUBACH
        One Penn Plaza, Suite 3335
        New York, New York 10119
        Telephone: (212) 594-5000