## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Greensill Capital Inc., | Case No.:  21-10561 (MEW) |
| Debtor.[1] | |

### <u>AFFIDAVIT OF SERVICE</u>

I, Jesse Brown, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 25, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Declaration of Matthew Tocks Pursuant to Local Bankruptcy Rule 1007-2 and in Support of the Debtor's Chapter 11 Petition and First Day Pleadings** (Docket No. 2)

- **Debtor's Application for Entry of Order (I) Waiving Certain Creditor List Filing Requirements; and (II) Authorizing the Debtor to Establish Procedures for Notifying Parties of the Commencement of This Case** (Docket No. 3)

- **Debtor's Application for Entry of Interim and Final Orders (I) Extending the Deadline for the Debtor to Comply With, or Seek Waiver of, Section 345(b) of the Bankruptcy Code; and (II) Granting Related Relief** (Docket No. 4)

- **Debtor's Omnibus Application for Entry of Order Authorizing the Debtor to (I) Reject Certain Executory Contracts; and (II)(A) Reject an Unexpired Lease of Nonresidential Real Property; and (B) Abandon Certain Personal Property Related Thereto** (Docket No. 5)

- **Debtor's Application for Entry of Interim and Final Orders Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Benefits, and Other Compensation; (II) Continue to Pay Postpetition Employee Wages, Salaries, Benefits, and Other Compensation; and (III) Granting Related Relief** (Docket No. 6)

---

[1] The last four digits of the Debtor's federal tax identification number are 3971.  The Debtor's corporate headquarters is located at 2 Gansevoort Street, New York, New York 10014.

- **Debtor's Application for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief** (Docket No. 7)

- **Notice of Telephonic Hearing on "First-Day" Applications and Motions** (Docket No. 8)

- **Agenda for Telephonic Hearing on "First-Day" Motions** (Docket No. 9)

Furthermore, on March 25, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Canadian Imperial Bank of Commerce, Attn: Legal at 120 South LaSalle Street, Chicago, IL 60603:

- **Debtor's Application for Entry of Interim and Final Orders (I) Extending the Deadline for the Debtor to Comply With, or Seek Waiver of, Section 345(b) of the Bankruptcy Code; and (II) Granting Related Relief** (Docket No. 4)

- **Debtor's Application for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief** (Docket No. 7)

- **Notice of Telephonic Hearing on "First-Day" Applications and Motions** (Docket No. 8)

- **Agenda for Telephonic Hearing on "First-Day" Motions** (Docket No. 9)

Furthermore, on March 25, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtor's Omnibus Application for Entry of Order Authorizing the Debtor to (I) Reject Certain Executory Contracts; and (II)(A) Reject an Unexpired Lease of Nonresidential Real Property; and (B) Abandon Certain Personal Property Related Thereto** (Docket No. 5)

- **Notice of Telephonic Hearing on "First-Day" Applications and Motions** (Docket No. 8)

- **Agenda for Telephonic Hearing on "First-Day" Motions** (Docket No. 9)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on March 25, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Debtor's Application for Entry of Interim and Final Orders Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Benefits, and Other Compensation; (II) Continue to Pay Postpetition Employee Wages, Salaries, Benefits, and Other Compensation; and (III) Granting Related Relief** (Docket No. 6)

- **Notice of Telephonic Hearing on "First-Day" Applications and Motions** (Docket No. 8)

- **Agenda for Telephonic Hearing on "First-Day" Motions** (Docket No. 9)

Furthermore, on March 25, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Peter Greensill Family Trust, Attn: Peter Greensill at PGFT@greensillfarming.com.au:

- **Debtor's Application for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief** (Docket No. 7)

- **Notice of Telephonic Hearing on "First-Day" Applications and Motions** (Docket No. 8)

- **Agenda for Telephonic Hearing on "First-Day" Motions** (Docket No. 9)

Dated: March 26, 2021

Jesse Brown

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 26th day of March 2021 by Jesse Brown.

(Notary's official signature)

AMANDA LEE HINCHEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204030900
MY COMMISSION EXPIRES SEPTEMBER 9, 2024

# **Exhibit A**

**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Corporation Counsel of the City of New York | Attn: James E. Johnson & Gabriela Cacuci | Tax and Bankruptcy Division | 100 Church Street | | New York | NY | 10007 |
| Federal Communications Commission | | 445 12th Street SW | | | Washington | DC | 20554 |
| Internal Revenue Service | | 2970 Market St. | Mail Stop 5-Q30-133 | | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Room 1150 | | Baltimore | MD | 21201 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| Name on File | | Address on File | | | | | |
| New York Attorney General | Office of New York State | Attorney General Letitia James | 28 Liberty Street | | New York | NY | 10005 |
| New York City Department of Finance | Correspondence Unit | One Centre Street | 22nd Floor | | New York | NY | 10007 |
| New York State Department of Taxation and Finance | Office of Counsel | W.A. Harriman Campus | Building 9 | | Albany | NY | 12227 |
| NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 |
| Office of the New York Secretary of State | | 123 William Street | | | New York | NY | 10038-3804 |
| Office of the New York State Attorney General | | 28 Liberty Street | | | New York | NY | 10005 |
| Office of the New York State Secretary of State | Division of Corporations State Record and Uniform Commercial Code | One Commerce Plaza | 99 Washington Avenue | 6th Floor | Albany | NY | 12231-0001 |
| Office of the United States Trustee, Region 2 | U.S. Federal Office Building | 201 Varick Street | Suite 1006 | | New York | NY | 10014 |
| Office of United States Attorney for the SDNY | | 1 St Andrews Plaza | Claims Unit Rm 417 | | New York | NY | 10007 |
| Securities & Exchange Commission | Office of the General Counsel | Attn: Michael A. Conley, Esq. | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | New York Regional Office | Attn: Richard Best, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 |
| Social Security Administration | Office of the Regional Chief Counsel, Region II | 26 Federal Plaza | Room 3904 | | New York | NY | 10278 |
| United States Department of Justice | Office of the Attorney General | 950 Pennsylvania Avenue NW | | | Washington | DC | 20530-0001 |
| United States Trustee for the Southern District of New York | Attn: Susan Arbeit | 30 Fox Run Road | | | Croton-on-Hudson | NY | 10520 |
| US Department of Health and Human Services | Office of the General Counsel | 26 Federal Plaza | Room 3908 | | New York | NY | 10278 |

# **<u>Exhibit B</u>**



**Exhibit B**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Name on File | | Email Address on File |
| Securities & Exchange Commission | Office of the General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities & Exchange Commission | New York Regional Office | SECBankruptcy-OGC-ADO@SEC.GOV newyork@sec.gov |

In re: Greensill Capital Inc.
Case No. 21-10561 (MEW)

Page 1 of 1

# Exhibit C



**Exhibit C**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 8x8 | | 675 Creekside Way | | Campbell | CA | 95008 |
| Iron Mountain Secure Shredding, Inc. | | One Federal Street | | Boston | MA | 02110 |
| Pilot Fiber, Inc. | Attn: Legal Department | 325 Hudson Street | Floor 10 | New York | NY | 10013 |
| RICOH USA | | 300 Eagleview Blvd. | | Exton | PA | 19341 |
| Sage Realty Corporation | Attn: Damalie Allen | 767 Third Avenue | | New York | NY | 10017 |
| Sequr | Attn: Adam Stein; Mike Maxsenti | 200 Ottley Drive NE | | Atlanta | GA | 30324 |
| Time Warner Cable Business Services | | 13820 Sunrise Valley | | Gerndon | VA | 20171 |
| WeWork New York | | 115 West 18th Street | | New York | NY | 10011 |

# **Exhibit D**

STRETTO

**Exhibit D**

Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| Sequr | Attn: Adam Stein; Mike Maxsenti | mike@sequr.io |
| Sage Realty Corporation | Attn: Damalie Allen | dallen@sagerealty.com<br>sadamo@sagerealty.com<br>lblanco@sagerealty.com |
| 8x8 | | claims@8x8.com<br>notices@8x8.com |
| Time Warner Cable Business Services | | william.sokolowski@charter.com |
| Pilot Fiber, Inc. | Attn: Legal Department | legal@pilotfiber.com |

# **Exhibit E**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Adam Cherubini | | Address on File | | | | | |
| Alabama Secretary of State | Business Services Division | RSA Plaza | Suite 580 | 770 Washington Avenue | Montgomery | AL | 36104 |
| Ana Ontaneda | | Address on File | | | | | |
| Andrew Olson | | Address on File | | | | | |
| Ann Muhati | | Address on File | | | | | |
| Arizona Secretary of State | Business Services | State Capitol, Executive Tower | 1700 West Washington Street | Suite 220 | Phoenix | AZ | 85007 |
| Astrid Carati | | Address on File | | | | | |
| Asure PTM | | 3700 North Capital of Texas Hwy, #350 | | | Austin | TX | 78746 |
| Blake Evans | | Address on File | | | | | |
| Brian Haezebroeck | | Address on File | | | | | |
| Caitlin Gallagher | | Address on File | | | | | |
| California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| Callum Sutherland | | Address on File | | | | | |
| Caroline Johnson | | Address on File | | | | | |
| Charles Bronowski | | Address on File | | | | | |
| Charles Brough | | Address on File | | | | | |
| Charles Schuyler Neuhauser | | Address on File | | | | | |
| Colin Nicholson | | Address on File | | | | | |
| Colorado Secretary of State | | 1700 Broadway | Suite 550 | | Denver | CO | 80290 |
| Connecticut Secretary of State | | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Delaware Secretary of State | Division of Corporations | John G. Townsend Bldg. | 401 Federal Street | Suite 4 | Dover | DE | 19901 |
| Denise Filauro | | Address on File | | | | | |
| Dinesh Kumar | | Address on File | | | | | |
| Donatus Anusionwu | | Address on File | | | | | |
| Elizabeth McNichol | | Address on File | | | | | |
| Emily Cox | | Address on File | | | | | |
| Erin Kiekhofer | | Address on File | | | | | |
| Felipe Zwanzger | | Address on File | | | | | |
| Florida Secretary of State | The Centre of Tallahassee | 2415 N. Monroe Street | Suite 810 | | Tallahassee | FL | 32303 |
| Gallagher | | 100 Northfield Drive, Second Floor | | | Windsor | CT | 06095 |
| Georgia Secretary of State | | 2 MLK Jr. Drive | Suite 313 | Floyd West Tower | Atlanta | GA | 30334-1530 |
| Griffith Williams | | Address on File | | | | | |
| Hanover Insurance | Cedar Risk Management | 349 State Route 31, Ste 201 | | | Flemington | NJ | 08822 |
| Hugh McKee | | Address on File | | | | | |
| Ian Sales | | Address on File | | | | | |
| iiPay | Attn: Jason Grimes | 12700 Park Central, Suite 1910 | | | Dallas | TX | 75251 |
| Illinois Secretary of State | | 213 State Capitol | | | Springfield | IL | 62756 |
| Indiana Secretary of State | Business Services Division | 302 W. Washington Street | Room E018 | | Indianapolis | IN | 46204 |
| Indirah Toovey | | Address on File | | | | | |
| Iowa Secretary of State | First Floor, Lucas Building | 321 E. 12th St. | | | Des Moines | IA | 50319 |
| Jacob Streit | | Address on File | | | | | |
| James Doran | | Address on File | | | | | |
| Jamey Ross | | Address on File | | | | | |
| Jennifer Ganzi | | Address on File | | | | | |
| Jennifer Wampler | | Address on File | | | | | |
| Jim Leonard | | Address on File | | | | | |
| Joe Weisskopf | | Address on File | | | | | |
| John Furr | | Address on File | | | | | |
| John Smith | | Address on File | | | | | |
| John Zimmerman | | Address on File | | | | | |
| Jon Viter | | Address on File | | | | | |
| Katherine Sinclair | | Address on File | | | | | |
| Kevin Lawler | | Address on File | | | | | |
| Kristine Schweinsberg | | Address on File | | | | | |

In re: Greensill Capital Inc.
Case No. 21-10561 (MEW)

**STRETTO**

**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Leyla Tachmamedova | | Address on File | | | | | |
| Louisiana Secretary of State | Commercial Division | 8585 Archives Ave. | | | Baton Rouge | LA | 70809 |
| Lucia Martinez | | Address on File | | | | | |
| Manuel Buraglia | | Address on File | | | | | |
| Marcus Wunderlich | | Address on File | | | | | |
| Margaret Stock | | Address on File | | | | | |
| Maria Hernandez | | Address on File | | | | | |
| Marisa Lazatin | | Address on File | | | | | |
| Maryland Secretary of State | | 100 Community Place | | | Crownsville | MD | 21032 |
| Massachusetts Secretary of State | Corporations Division | McCormack Building | One Ashburton Place | 17th Floor | Boston | MA | 02108 |
| Matthew Harrison | | Address on File | | | | | |
| Matthew Tocks | | Address on File | | | | | |
| Matthew Wright | | Address on File | | | | | |
| Maureen Slattery | | Address on File | | | | | |
| Melissa Clemente | | Address on File | | | | | |
| Michael Chan | | Address on File | | | | | |
| Michael Pilat | | Address on File | | | | | |
| Michigan Secretary of State | Dept of Licensing and Regulatory Affairs | Ottawa Building | 611 W. Ottawa | P.O. Box 30004 | Lansing | MI | 48909 |
| Mike Gilhuley | | Address on File | | | | | |
| Minnesota Secretary of State | Business Services | Retirement Systems of Minnesota Building | 60 Empire Dr. | Suite 100 | Saint Paul | MN | 55103 |
| Mireia Just | | Address on File | | | | | |
| Missouri Secretary of State | | 600 West Main Street | | | Jefferson City | MO | 65101 |
| Neil Hughes | | Address on File | | | | | |
| New Hampshire Secretary of State | N.H. Department of State | 107 North Main Street | | | Concord | NH | 03301-4989 |
| New Jersey Secretary of State | Department of the Treasury | Division of Revenue and Enterprise Services | PO Box 628 | | Trenton | NJ | 08625-0628 |
| New Mexico Secretary of State | New Mexico Capitol Annex North | 325 Don Gaspar | Suite 300 | | Santa Fe | NM | 87501 |
| New York Secretary of State | Department of State | Division of Corporations, State Records and | 1 Commerce Plaza | 99 Washington Avenue | Albany | NY | 12231 |
| Nichole Nguyen | | Address on File | | | | | |
| Nicolas Rodriguez Gaziglia | | Address on File | | | | | |
| Nimish Patel | | Address on File | | | | | |
| North Carolina Secretary of State | | 2 South Salisbury Street | | | Raleigh | NC | 27601-2903 |
| Ohio Secretary of State | | 22 North Fourth Street | | | Columbus | OH | 43215 |
| Oregon Secretary of State | ???Public Service Building | 255 Capitol St. NE | Suite 151 | | Salem | OR | 97310 |
| Pennsylvania Secretary of State | Bureau of Corporations and Charitable Organizations | 401 North Street | 206 North Office Building | | Harrisburg | PA | 17120 |
| Pieter Frederik Boom | | Address on File | | | | | |
| Pravin Deva | | Address on File | | | | | |
| Rachelle Bower | | Address on File | | | | | |
| Rahul Parte | | Address on File | | | | | |
| Randolph Habeck | | Address on File | | | | | |
| Rhode Island Secretary of State | Business Services Division | 148 W. River Street | | | Providence | RI | 02904 |
| Ryan Waterman | | Address on File | | | | | |
| Sadiq Madraswala | | Address on File | | | | | |
| Samuel Ockman | | Address on File | | | | | |
| Sara Cassidy | | Address on File | | | | | |
| Sarood Baig | | Address on File | | | | | |
| Scott Cline | | Address on File | | | | | |
| Shinichi Cowe | | Address on File | | | | | |
| South Carolina Secretary of State | | 1205 Pendleton Street | Suite 525 | | Columbia | SC | 29201 |
| Steve Lauricella | | Address on File | | | | | |
| Steven LePorin | | Address on File | | | | | |
| Swinda Salazar-Piquemal | | Address on File | | | | | |
| Takumi Matsuzama | | Address on File | | | | | |
| Tennessee Secretary of State | Division of Business Services | 312 Rosa L. Parks Avenue | Snodgrass Tower | 3rd Floor | Nashville | TN | 37243 |

In re: Greensill Capital Inc.
Case No. 21-10561 (MEW)



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| Texas Secretary of State | Business & Commercial Section | P.O. Box 13697 | | | Austin | TX | 78711 |
| Thomas Coenen | | Address on File | | | | | |
| Thomas Owen | | Address on File | | | | | |
| Tino Mehlmann | | Address on File | | | | | |
| Utah Secretary of State | Division of Corporations & Commercial Code | 160 East 300 South | Second Floor | | Salt Lake City | UT | 84111 |
| Utah Secretary of State | Division of Corporations & Commercial Code | 160 E Broadway | | | Salt Lake City | UT | 84112 |
| Vinay Devalla | | Address on File | | | | | |
| Warren Murphy | | Address on File | | | | | |
| West Virginia Secretary of State | Office of the Secretary of State | State Capitol Building | | | Charleston | WV | 25305 |
| West Virginia Secretary of State | WV One Stop Business Center | 1615 East Washington Street | | | Charleston | WV | 25311-2126 |
| William Dix | | Address on File | | | | | |
| William Hartley-Urquhart | | Address on File | | | | | |
| Wisconsin Secretary of State | Department of Financial Institutions | 4822 Madison Yards Way | North Tower | | Madison | WI | 53705 |

# **Exhibit F**



**Exhibit F**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Adam Cherubini | | Email Address on File |
| Ana Ontaneda | | Email Address on File |
| Anthem Blue Cross Blue Shield | Attn: Amie Neubauer | amie.neubauer@anthem.com |
| Astrid Carati | | Email Address on File |
| Blake Evans | | Email Address on File |
| Brian Haezebroeck | | Email Address on File |
| Caitlin Gallagher | | Email Address on File |
| Callum Sutherland | | Email Address on File |
| Caroline Johnson | | Email Address on File |
| Charles Bronowski | | Email Address on File |
| Charles Brough | | Email Address on File |
| Charles Schuyler Neuhauser | | Email Address on File |
| Colin Nicholson | | Email Address on File |
| Denise Filauro | | Email Address on File |
| Dinesh Kumar | | Email Address on File |
| Donatus Anusionwu | | Email Address on File |
| Elizabeth McNichol | | Email Address on File |
| Erin Kiekhofer | | Email Address on File |
| Felipe Zwanzger | | Email Address on File |
| Griffith Williams | | Email Address on File |
| Guardian (Dental Plan) | Attn: Rich Lombard | Rich_Lombard@glic.com |
| Hugh McKee | | Email Address on File |
| Ian Sales | | Email Address on File |
| Indirah Toovey | | Email Address on File |
| Jacob Streit | | Email Address on File |
| James Doran | | Email Address on File |
| Jamey Ross | | Email Address on File |
| Jennifer Ganzi | | Email Address on File |
| Jennifer Wampler | | Email Address on File |
| Jim Leonard | | Email Address on File |
| Joe Weisskopf | | Email Address on File |
| John Furr | | Email Address on File |
| John Smith | | Email Address on File |
| John Zimmerman | | Email Address on File |



**Exhibit F**

Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| Jon Viter | | Email Address on File |
| Katherine Sinclair | | Email Address on File |
| Kevin Lawler | | Email Address on File |
| Kristine Schweinsberg | | Email Address on File |
| Leyla Tachmamedova | | Email Address on File |
| Lucia Martinez | | Email Address on File |
| Manuel Buraglia | | Email Address on File |
| Marcus Wunderlich | | Email Address on File |
| Margaret Stock | | Email Address on File |
| Maria Hernandez | | Email Address on File |
| Marisa Lazatin | | Email Address on File |
| Matthew Harrison | | Email Address on File |
| Matthew Tocks | | Email Address on File |
| Matthew Wright | | Email Address on File |
| Maureen Slattery | | Email Address on File |
| Melissa Clemente | | Email Address on File |
| Michael Chan | | Email Address on File |
| Michael Pilat | | Email Address on File |
| Mike Gilhuley | | Email Address on File |
| Mireia Just | | Email Address on File |
| Neil Hughes | | Email Address on File |
| Nichole Nguyen | | Email Address on File |
| Nicolas Rodriguez Gaziglia | | Email Address on File |
| Nimish Patel | | Email Address on File |
| Pathway Retirement | Larry Newhouse | larryn@ldsco.com |
| Pieter Frederik Boom | | Email Address on File |
| Pravin Deva | | Email Address on File |
| Rachelle Bower | | Email Address on File |
| Rahul Parte | | Email Address on File |
| Randolph Habeck | | Email Address on File |
| Ryan Waterman | | Email Address on File |
| Sadiq Madraswala | | Email Address on File |
| Samuel Ockman | | Email Address on File |
| Sara Cassidy | | Email Address on File |
| Sarood Baig | | Email Address on File |
| Scott Cline | | Email Address on File |



# Exhibit F

Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| Shinichi Cowe | | Email Address on File |
| Steve Lauricella | | Email Address on File |
| Steven LePorin | | Email Address on File |
| Swinda Salazar-Piquemal | | Email Address on File |
| Thomas Coenen | | Email Address on File |
| Thomas Owen | | Email Address on File |
| Tino Mehlmann | | Email Address on File |
| Unum | Unum Client Service Center | AskUnum@unum.com |
| Vinay Devalla | | Email Address on File |
| VSP (Vision Plan) | Attn: Angela Habblett | angela.habblett@vsp.com |
| Warren Murphy | | Email Address on File |
| William Hartley-Urquhart | | Email Address on File |