**<u>Exhibit 2</u>**

**Sale Notice**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander

*Proposed Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | |

**NOTICE OF PROPOSED SALE OF DEBTOR'S OWNERSHIP INTERESTS IN FINACITY CORPORATION**

   Greensill Capital Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned case (the "Chapter 11 Case"), is seeking to sell its 100% ownership interests in Finacity Corporation (the "Finacity Equity") pursuant to a motion, dated March 29, 2021 [Docket No. __] (the "Bidding Procedures and Sale Motion").

   By order, dated [_____], 2021 [Docket No. [__]] (the "Bidding Procedures Order"), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") approved certain bidding and sale procedures for the Debtor's proposed marketing and sale of the Finacity Equity.

   The Debtor has already negotiated a sale for the Finacity Equity, as set forth in a certain Stock Sale and Settlement Agreement dated March [__], 2021, a copy of which is attached as Exhibit B to the Bidding Procedures and Sale Motion, though the proposed sale set forth therein is subject to higher and better offers pursuant to the auction process under the Bidding Procedures Order.

   By the Bidding Procedures and Sale Motion, the Debtors have also requested the Bankruptcy Court enter an order, a copy of which is attached as Exhibit C to the Sale and Bidding Procedures Motion (the "Proposed Sale Order"), which provides, among other things, for the sale of the Finacity Equity free and clear of liens, claims, interests, and encumbrances, to the extent permissible by law, to the successful bidder.

---

[1]  The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's corporate headquarters is located at 2 Gansevoort Street, New York, New York 10014.

**INTERESTED BIDDERS SHOULD CONTACT THE DEBTOR'S ADVISORS AT:**

GLC Advisors & Co., LLC
Adam Fiedor
(303) 479-3845
adam.fiedor@glca.com

**PLEASE TAKE NOTE OF THE FOLLOWING IMPORTANT DEADLINES:**

- The deadline to submit a bid for the Finacity Equity is **April 20, 2021 at 4:00 p.m. (Eastern Time)** (the "Bid Deadline").  The failure to abide by the procedures and deadlines set forth in the Bidding Procedures Order may result in the denial of your bid.

- An auction, if necessary, for the Finacity Equity has been scheduled for **April 23, 2021 at 10:00 a.m. (Eastern Time)** (the "Auction").  The Auction may be canceled without notice if the Stalking Horse Bid is the only Qualified Bid (each as defined in the Bidding Procedures Order) received by the Debtor.

- The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Finacity Equity is **April 26, 2021 at 2:00 p.m. (Eastern Time)** (the "Sale Objection Deadline").  Objections must be filed and served in accordance with the Bidding Procedures Order.

- The Bankruptcy Court will conduct a hearing to consider the proposed sale on **April 27, 2021 at 11:00 a.m. (Eastern Time)** (the "Sale Hearing").  The Sale Hearing may be adjourned or rescheduled without further notice by announcement at the Sale Hearing or by the filing of a notice or agenda on the docket of the Chapter 11 Case.

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE SALE OBJECTION DEADLINE SHALL BE A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO THE SALE MOTION, THE SALE ORDER, THE SALE TRANSACTION, OR THE DEBTOR'S CONSUMMATION AND PERFORMANCE OF THE STALKING HORSE PURCHASE AGREEMENT (INCLUDING, WITHOUT LIMITATION, THE DEBTOR'S TRANSFER OF THE FINACITY EQUITY, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).**

[*Remainder of page left blank intentionally*]

Copies of the Sale and Bidding Procedures Motion, the Bidding Procedures Order, the Stalking Horse Purchase Agreement, the Proposed Sale Order, and all other documents and pleadings referenced in this notice or pertaining to the Chapter 11 Case can be viewed and/or obtained by (i) accessing the Bankruptcy Court's website for a fee, (ii) vising the website for this Chapter 11 Case at [https://cases.stretto.com/greensill](https://cases.stretto.com/greensill), or (iii) by contacting the Office of the Clerk of the Bankruptcy Court. Please note that a PACER password is required to access documents on the Bankruptcy Court's website.

Dated: New York, New York
       March 29, 2021

                                                    GREENSILL CAPITAL INC.,
*Debtor and Debtor in Possession*
By its Proposed Counsel
TOGUT, SEGAL & SEGAL LLP,

By:

*/s/ Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
BRYAN M. KOTLIAR
EITAN E. BLANDER
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

3