**Hearing Date: April 27, 2021 at 11:00 a.m. (EST)**
**Objection Deadline: April 20, 2021 at 4:00 p.m. (EST)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Proposed Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | **Related Docket Nos. 4, 6, 7, 14, 15, 38** |

**NOTICE OF TELEPHONIC HEARING**
**TO APPROVE FIRST DAY MOTIONS ON A FINAL BASIS**

**PLEASE TAKE NOTICE** that on March 25, 2021 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtor filed, among other items, certain motions and applications (collectively, the "First Day Pleadings") and the *Declaration of Matthew Tocks Pursuant to Bankruptcy Rule 1007-2 and in Support of the Debtor's Chapter 11 Petition and First Day Pleadings* (the "First Day Declaration").

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

**PLEASE TAKE FURTHE NOTICE** that on March 27, March 28, and April 6, 2021, the Bankruptcy Court entered the following interim orders (collectively, the "Interim Orders") in connection with the relief requested in First Day Pleadings:

a. *Interim Order Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Benefits, and Other Compensation; (II) Continue to Pay Postpetition Employee Wages, Salaries, Benefits, and Other Compensation; and (III) Granting Related Relief* [Docket No. 14];

b. *Interim Order (I) Extending the Deadline for the Debtor to Comply with, or Seek Waiver of, Section 345(b) of the Bankruptcy Code; and Granting Related Relief* [Docket No. 15]; and

c. *Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 38].

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Interim Orders, a final hearing (the "Final Hearing") to consider approval of the relief requested on a final basis and for the entry of final orders with respect to the Interim Orders (the "Final Orders") will be held on **April 27, 2021 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to entry of the Final Orders shall be filed no later than **April 20, 2021 at 4:00 p.m. (prevailing Eastern Time)**, and served as required by the applicable Interim Orders.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Final Hearing must make arrangements through Court Solutions LLC at www.court-solutions.com. Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and First Day Declaration can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtor's chapter 11 case at https://cases.stretto.com/greensill, or (iii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: New York, New York
April 6, 2021

>GREENSILL CAPITAL INC.,
>*Debtor and Debtor in Possession*
>By its Proposed Counsel
>TOGUT, SEGAL & SEGAL LLP,
>
>By:
>
>*/s/ Kyle J. Ortiz*
>ALBERT TOGUT
>KYLE J. ORTIZ
>BRYAN M. KOTLIAR
>AMANDA C. GLAUBACH
>One Penn Plaza, Suite 3335
>New York, New York 10119
>Telephone: (212) 594-5000