## Exhibit A

**Creditor List**

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | City | State | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 125 S Clark Street Tenant LLC (WeWork) | 115 West 18th street | | | | | New York | NY | 10011 | | danielle.emil@wework.com WE-US-95317@wework.com |
| 8x8 | 675 Creekside Way | | | | | Campbell | CA | 95008 | | claims@8x8.com notices@8x8.com |
| Adam Cherubini | 206 Waterside Drive | | | | | North Falmouth | MA | 02556 | | adam.cherubini@gmail.com |
| Adrian Katz | 15 Hart Lane | | | | | Weston | CT | 06883 | | |
| Alabama Secretary of State | Business Services Division | RSA Plaza | Suite 580 | 770 Washington Avenue | | Montgomery | AL | 36104 | | |
| Ana Ontaneda | 21-38 31st Street | Apt 3-O | | | | Astoria | NY | 11105 | | ana.ontaneda1@gmail.com |
| Andreas Rothbauer | 39 Wisteria Drive | | | | | Naugatuck | CT | 06770 | | |
| Andrew Olson | 1249 Maple Avenue | | | | | Wilmette | IL | 60091 | | Drew@drewolson.org |
| Ann Mutahi | 223 W. 38th Street | Unit 1295 | | | | New York | NY | 10018 | | annmmutahi@gmail.com |
| Anthem Blue Cross Blue Shield | Attn: Amie Neubauer | | | | | | | | | amie.neubauer@anthem.com |
| Arizona Secretary of State | Business Services | State Capitol, Executive Tower | 1700 West Washington Street | Suite 220 | | Phoenix | AZ | 85007 | | |
| Astrid Carati | 200 Biscayne Boulevard Way | #1109 | | | | Miami | FL | 33131 | | astridcarati@hotmail.com |
| Asure PTM | 3700 North Capital of Texas Hwy | #350 | | | | Austin | TX | 78746 | | |
| Bahveshkumar Patel | 8 Morgan Way | | | | | Morgan Township | NJ | 08831 | | |
| Bain & Company, Inc. | Attn: James Spoto | 131 Daartmouth Street | | | | Boston | MA | 02116 | | |
| Bain eVolution Partners, L.P. | Attn: Bill Doherty | 131 Daartmouth Street | | | | Boston | MA | 02048 | | |
| Bank of America Corporation | Attn: Andrew Golomb | 100 N Tryon Street | Suite 170 | | | Charlotte | NC | 28225 | | |
| Blake Evans | 818 Whiteoak Terrace | | | | | Canton | GA | 30115 | | blakerevans@yahoo.com |
| Brian Haezebroeck | 8302 NW Chevalia Drive | | | | | Grimes | IA | 50111 | | haezebroeck@msn.com |
| Brooke Davies | 1 Hyatt Lane | | | | | Westport | CT | 06880 | | |
| Caitlin Gallagher | 420 Greenley Road | | | | | New Canaan | CT | 06840 | | caitlin.gloria.gallagher@gmail.com |
| California Secretary of State | 1500 11th Street | | | | | Sacramento | CA | 95814 | | |
| Callum Sutherland | 102 Pine Street | | | | | Greenwich | CT | 06830 | | callumsuth@gmail.com |
| Caroline Johnson | 152 2nd Avenue | Apt 4A | | | | New York | NY | 10003 | | caroline_johnson14@yahoo.com |
| Charles Bronowski | 72B Columbus Avenue | | | | | Pleasantville | NY | 10570 | | bronowski@hotmail.com |
| Charles Brough | 1650 West Division Street | 1650-B | | | | Chicago | IL | 60622 | | cbrough10@gmail.com |
| Charles Nahum | 10 Biddulph Road | | | | | London | | W9 1JB | UK | |
| Charles Schuyler Neuhauser | 4 Stable Road | | | | | Tuxedo Park | NY | 10987 | | csneuhauser98@gmail.com |
| Christopher A. Codik | 2504 Scott Street | | | | | San Francisco | CA | 94115 | | |
| CIBC Bank | Attn: Catherine M. Johnson | 120 S. LaSalle Street | Floor 7 | | | Chicago | IL | 60603 | | |
| CIBC Bank | Attn: Catherine M. Johnson | 181 West Madison Street | 36th Floor | | | Chicago | IL | 60602 | | |
| Citibank, N.A. | 3800 Citibank Center Building B | 1st Floor | | | | Tampa | FL | 33610 | | |
| CNM Consultants Ltd. | Attn: Charles Nahum | 10 Biddulph Road | | | | London | | W9 1JB | UK | |
| Colin Nicholson | 4102 Beau Chene Drive | | | | | Lake Charles | LA | 70605 | | colin.m.nicholson@gmail.com |
| Colorado Secretary of State | 1700 Broadway | Suite 550 | | | | Denver | CO | 80290 | | |
| Connecticut Secretary of State | 165 Capitol Avenue | | | | | Hartford | CT | 06106 | | |
| Corporation Counsel of the City of New York | Attn: James E. Johnson & Gabriela Cacuci | Tax and Bankruptcy Division | 100 Church Street | | | New York | NY | 10007 | | |
| Cutter Mill Partners LLC | Attn: Steven A. Shenfeld | 60 Cutter Mill Road | Suite 303 | | | Great Neck | NY | 11021 | | |
| Dana Katz | 15 Hart Lane | | | | | Weston | CT | 06883 | | |
| Delaware Secretary of State | Division of Corporations | John G. Townsend Bldg. | 401 Federal Street | Suite 4 | | Dover | DE | 19901 | | |
| Denise Filauro | 2166 Broadway | Apt 4C | | | | New York | NY | 10024 | | denise.filauro@gmail.com |
| Dinesh Kumar | 8 Clayton Street | | | | | Westport | CT | 06880 | | hdinkumar@yahoo.com |
| Donatus Anusionwu | 105 15th Street | Apt 2L | | | | Brooklyn | NY | 11215 | | danusionwu@gmail.com |
| EcoBan Ventures LLC | Attn: Barry F. Westfall | 4552 Sanderling Lane | | | | Boynton Beach | FL | 33436 | | |
| Elizabeth McNichol | 360 W.22nd Street | Apt 12P | | | | New York | NY | 10011 | | emcnich@gmail.com |
| Elyse Herz-Lau | 4 Daybreak Lane | | | | | Westport | CT | 06880 | | |
| Emily Cox | 757 Willow Creek Drive | | | | | Atlanta | GA | 30328 | | Emilymcox13@gmail.com |
| Erin Kiekhofer | 403 Main Street | #211 | | | | San Francisco | CA | 99105 | | ek.kelsey@gmail.com |
| Euler Hermes North America Holding, Inc. (f/k/a EULER ACI Holding, Inc.) | Attn: Louise Jordan | 800 Red Brook Blvd | | | | Owings Mills | MD | 21117 | | |
| Farkouh Furman & Faccio LLP | Attn: Fred C. Farkouh | 460 Park Avenue | 12th Floor | | | New York | NY | 10022 | | ffarkouh@fffcpas.com |
| Federal Communications Commission | 445 12th Street SW | | | | | Washington | DC | 20554 | | |
| Felipe Zwanzger | 5016 NW 113th Place | | | | | Doral | FL | 33178 | | fzwanzger7@gmail.com |
| Finacity Corporation | 15 Hart Lane | | | | | Weston | CT | 06883 | | |
| Flores (FSA) | Attn: Tyler Walton, Associate Account Manager | | | | | | | | | Tyler.Walton@flores247.com |
| Florida Secretary of State | The Centre of Tallahassee | 2415 N. Monroe Street | Suite 810 | | | Tallahassee | FL | 32303 | | |
| Gallagher | 100 Northfield Drive | Second Floor | | | | Windsor | CT | 06095 | | |
| Georgia Secretary of State | 2 MLK Jr. Drive | Suite 313 | Floyd West Tower | | | Atlanta | GA | 30334-1530 | | |
| Greensill Capital (IOM) Limited | Attn: Harborview Directors Limited - Beverley Todd and Martin Fiddler | Douglas Chambers, North Quay | | | | Douglas | | IM 1 4LA | Isle of Man | beverley@martynfiddler.aero Martin@martynfiddler.aero |
| Greensill Capital (UK) Limited | Attn: Peter Bodin | 1 Southampton Street | Covent Garden | | | London | | WC2R 0LR | UK | peter.bodin@gti.gt.com |

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | City | State | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Greensill Capital Management (UK) Limited | Attn: Peter Bodin | 1 Southampton Street | Covent Garden | | | London | | WC2R 0LR | UK | peter.bodin@gti.gt.com |
| Griffith Williams | 1448 Park Avenue | | | | | River Forrest | IL | 60305 | | griffw@gmail.com |
| Guardian (Dental Plan) | Attn: Rich Lombard | | | | | | | | | Rich_Lombard@glic.com |
| Hanover Insurance | Cedar Risk Management & Insurance Services, Inc. | 349 State Route 31 | Suite 201 | | | Flemington | NJ | 08822 | | |
| Hugh McKee | 270 W 132nd Street | | | | | New York | NY | 10027 | | hughmckee@gmail.com |
| Ian Sales | 1330 Boylston Street | Unit 619 | | | | Boston | MA | 02215 | | Ian.jt.sales@gmail.com |
| iiPay | 12700 Park Central, Suite 1910 Dallas, Texas 75251 | Attn: Jason Grimes | | | | | | | | jason.grimes@iipay.com |
| Illinois Secretary of State | 213 State Capitol | | | | | Springfield | IL | 62756 | | |
| Indiana Secretary of State | Business Services Division | 302 W. Washington Street | Room E018 | | | Indianapolis | IN | 46204 | | |
| Indirah Toovey | 1413 Horseshoe Drive | | | | | North Bellmore | NY | 11710 | | indi2v50@gmail.com |
| Internal Revenue Service | 2970 Market St. | Mail Stop 5-Q30-133 | | | | Philadelphia | PA | 19104-5016 | | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz | Room 1150 | | | Baltimore | MD | 21201 | | SBSE.Insolvency.Balt@irs.gov |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | | |
| Iowa Secretary of State | First Floor, Lucas Building | 321 E. 12th St. | | | | Des Moines | IA | 50319 | | |
| Iron Mountain Secure Shredding, Inc. | One Federal Street | | | | | Boston | MA | 02110 | | |
| Jacob Streit | 46 Mohawk Avenue | | | | | Corte Madera | CA | 94925 | | jakes918@gmail.com |
| Jair A. Martinez | 126 N. Taylor Avenue | | | | | Norwalk | CT | 06854 | | |
| James Doran | 778 Quincy Street | | | | | Brooklyn | NY | 11221 | | James.doran@gmail.com |
| Jamey Ross | 415 Ridge Street | | | | | Mineral Point | WI | 53565 | | ROSSJAMEY@GMAIL.COM |
| Jason Kim | 429 E. 52nd Street | 23C | | | | New York | NY | 10022 | | |
| Jeffrey Gulbin | 198 Chestnut Hill Road | | | | | Wilton | CT | 06897 | | |
| Jennifer Ganzi | 181 Colonial Road | | | | | Summit | NJ | 07901 | | jenganzi@gmail.com |
| Jennifer Wampler | 125 Aspen Lane | | | | | Park City | UT | 84098 | | jennywampler1@gmail.com |
| Jeremy B. Blatt | 11 Ravenwood Drive | | | | | Weston | CT | 06883 | | |
| Jim Leonard | 171 Lounsbury Rd | | | | | Ridgefield | CT | 06877 | | jmleonardjr@gmail.com |
| Joe Weisskopf | 8809 Burdette Road | | | | | Bethesda | MD | 20817 | | JWEISSKOPF@MSN.COM |
| John Furr | 1209 W. Princess Anne Rd. | | | | | Norfolk | VA | 23507 | | johnofurr@gmail.com |
| John Smith | 306 E Center Avenue | | | | | Lake Bluff | IL | 60044 | | johnswood77@gmail.com |
| John Zimmerman | 321 E 43rd Street | Apt 802 | | | | New York | NY | 10017 | | j.zimmerman@yahoo.com |
| Jon Viter | 1165 SE 14th Avenue | | | | | Canby | OR | 97013 | | JVITER@GMAIL.COM |
| Jonathan Ellman | 186 Collins Street | | | | | San Francisco | CA | 94118 | | |
| Jones Day | Attn: Ben Rosenblum on behalf of Finacity Corporation | 15 Hart Lane | | | | Weston | CT | 06883 | | |
| Jones Day | Attn: Joshua Berick on behalf of Farkouh Furman & Faccio LLP | 250 Vesey Street | | | | New York | NY | 10281-1047 | | jberick@jonesday.com |
| Kajoda Trust | Attn: Kajoda Trustee | 5522 Mill Creek Road | | | | San Diego | CA | 92130 | | |
| Katherine Sinclair | 1615 North Chipmunk Lane | | | | | Silverthorne | CO | 80498 | | katy@jasinclair.com |
| Katz Family Trust | 15 Hart Lane | | | | | Weston | CT | 06883 | | |
| Kevin Lawler | 63 Tallmadge Avenue | | | | | Chatham | NJ | 07928 | | kevinrlawler@gmail.com |
| Kevin Zimoulis | 377 Glenbrook Road | | | | | Stamford | CT | 06906 | | |
| Kristine Schweinsberg | 3710 Avenue S | | | | | Brooklyn | NY | 11234 | | Kristine11215@gmail.com |
| Lee Johnson | 93 Park Avenue | | | | | Danbury | CT | 06810 | | |
| Leyla Tachmamedova | 114 MacDougal | Apt 5 | | | | New York | NY | 10012 | | leilatach@yahoo.com |
| Lincoln Life | Payroll Support TKH Lincoln Financial Group | 1300 S. Clinton Street | | | | Ft. Wayne | IN | 46802 | | |
| Louisiana Secretary of State | Commercial Division | 8585 Archives Ave. | | | | Baton Rouge | LA | 70809 | | |
| Lucia Martinez | 1202 Briar Ridge Drive | | | | | Houston | TX | 77057 | | Luciamartinezcfa@gmail.com |
| Manuel Buraglia | 500 Brickell Avenue | Apt 902 | | | | Miami | FL | 33131 | | manburaglia@hotmail.com |
| Marcus Wunderlich | 367 Third Street | Apt 201 | | | | Jersey City | NJ | 07302 | | wunderlichmarcus@yahoo.com |
| Margaret Stock | 77 Park Avenue | Apt 1515 | | | | Hoboken | NJ | 07030 | | margaretmstock@gmail.com |
| Maria Hernandez | 9508 Lake Serena Drive | | | | | Boca Raton | FL | 33496 | | julianahernandez0802@gmail.com |
| Marisa Lazatin | 217 Watchung Ave | | | | | Montclair | NJ | 07043 | | marisabgorman@gmail.com |
| Maryland Secretary of State | 100 Community Place | | | | | Crownsville | MD | 21032 | | |
| Massachusetts Secretary of State | Corporations Division | McCormack Building | One Ashburton Place | 17th Floor | | Boston | MA | 02108 | | |
| Matthew Harrison | 1190 Turner Mountain Rd | | | | | Charlottesville | VA | 22903 | | mbh822@gmail.com |
| Matthew Tocks | 19 Orchard Lane | | | | | New Canaan | CT | 06840 | | tocksme@yahoo.com |
| Matthew Wright | 1025 9th Street | | | | | West Linn | OR | 97068 | | matthewwright@gmail.com |
| Maureen Slattery | 525 East 14th Street | Apt 8F | | | | New York | NY | 10009 | | maureenbslattery@yahoo.com |
| Melissa Clemente | 112 Jordyn Court | Apt 6A | | | | Matawan | NJ | 07747 | | Melissa.a.clemente@gmail.com |
| Michael Chan | 35 W. 64th Street | | | | | New York | NY | 10023 | | michaelchannyc@gmail.com |
| Michael D. Rodgers | 118 Stonecrest Road | | | | | Ridgefield | CT | 06877 | | |
| Michael Pilat | 134 East 56th Street | | | | | Westmont | IL | 60559 | | mike@mikepilat.com |

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | City | State | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael Young | 15 Hart Lane | | | | | Weston | CT | 06883 | | |
| Michigan Secretary of State | Dept of Licensing and Regulatory Affairs | Ottawa Building | 611 W. Ottawa | P.O. Box 30004 | | Lansing | MI | 48909 | | |
| Mike Gilhuley | 949 Washington Drive | | | | | Centerport | NY | 11721 | | MGILHULEY@YAHOO.COM |
| Minnesota Secretary of State | Business Services | Retirement Systems of Minnesota Building | 60 Empire Dr. | Suite 100 | | Saint Paul | MN | 55103 | | |
| Mireia Just | 108 Cutler Road | | | | | Greenwich | CT | 06831 | | mire.just@gmail.com |
| Missouri Secretary of State | 600 West Main Street | | | | | Jefferson City | MO | 65101 | | |
| Neil Hughes | 299 Henry | Apt 2A | | | | Brooklyn | NY | 11201 | | neil.hughes@gmail.com |
| New Hampshire Secretary of State | N.H. Department of State | 107 North Main Street | | | | Concord | NH | 03301-4989 | | |
| New Jersey Secretary of State | Department of the Treasury | Division of Revenue and Enterprise Services | PO Box 628 | | | Trenton | NJ | 08625-0628 | | |
| New Mexico Secretary of State | New Mexico Capitol Annex North | 325 Don Gaspar | Suite 300 | | | Santa Fe | NM | 87501 | | |
| New York Attorney General | Office of New York State | Attorney General Letitia James | 28 Liberty Street | | | New York | NY | 10005 | | |
| New York City Department of Finance | Correspondence Unit | One Centre Street | 22nd Floor | | | New York | NY | 10007 | | |
| New York Secretary of State | Department of State | Division of Corporations, State Records and Uniform Commercial Code | 1 Commerce Plaza | 99 Washington Avenue | 6th Floor | Albany | NY | 12231 | | |
| New York State Department of Taxation and Finance | Office of Counsel | W.A. Harriman Campus | Building 9 | | | Albany | NY | 12227 | | |
| Nichole Nguyen | 70 Battery Place | Apt 801 | | | | New York | NY | 10280 | | 9.nnguyen@gmail.com |
| Nicolas Rodriguez Gaziglia | 260 N 9th St | Apt 6A | | | | Brooklyn | NY | 11211 | | rodriguezgazigila@icloud.com RodriguezGaziglia@outlook.com |
| Nimish Patel | 32 Cranbury Road | | | | | Westport | CT | 06880 | | nimpatelis@gmail.com |
| North Carolina Secretary of State | 2 South Salisbury Street | | | | | Raleigh | NC | 27601-2903 | | |
| NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | | Albany | NY | 12205-0300 | | |
| Office of the New York Secretary of State | 123 William Street | | | | | New York | NY | 10038-3804 | | |
| Office of the New York State Attorney General | 28 Liberty Street | | | | | New York | NY | 10005 | | |
| Office of the New York State Secretary of State | Division of Corporations State Record and Uniform Commercial Code | One Commerce Plaza | 99 Washington Avenue | 6th Floor | | Albany | NY | 12231-0001 | | |
| Office of the United States Trustee, Region 2 | U.S. Federal Office Building | 201 Varick Street | Suite 1006 | | | New York | NY | 10014 | | |
| Office of United States Attorney for the SDNY | 1 St Andrews Plaza | Claims Unit Rm 417 | | | | New York | NY | 10007 | | |
| Ohio Secretary of State | 22 North Fourth Street | | | | | Columbus | OH | 43215 | | |
| Oregon Secretary of State | Public Service Building | 255 Capitol St. NE | Suite 151 | | | Salem | OR | 97310 | | |
| Pagliuco Opaiacz | Attn: Anthony J. Pagliuco, Jr., CPA, MST | 1000 Jorie Blvd. | Suite 375 | | | Oak Brook | IL | 60523 | | tony@poacpa.com |
| Pathway Retirement | Attn: Larry Newhouse | | | | | | | | | larryn@ldsco.com |
| Pennsylvania Secretary of State | Bureau of Corporations and Charitable Organizations | 401 North Street | 206 North Office Building | | | Harrisburg | PA | 17120 | | |
| Peter Greensill Family Trust | Attn: Peter Greensill | | | | | | | | | PGFT@greensillfarming.com.au |
| Peter J. Grennan | 653 Orchard Street | | | | | Trumbull | CT | 06611 | | |
| Philip K. Nuelle | 15 Hart Lane | | | | | Weston | CT | 06883 | | |
| Pieter Frederik Boom | 31 Owenoke Way | | | | | Riverside | CT | 06878 | | PFBOOM01@GMAIL.COM |
| Pilot Fiber, Inc. | Attn: Legal Department | 325 Hudson Street | Floor 10 | | | New York | NY | 10013 | | legal@pilotfiber.com |
| Pravin Deva | 5 Disesa Court | | | | | Norwalk | CT | 06851 | | pravindeva57@gmail.com |
| Rachelle Bower | 330 W 56th Street | | | | | New York | NY | 10019 | | rbower1515@gmail.com |
| Rahul Parte | 2315 Yellow Moon Circle | | | | | Wanship | UT | 84017 | | rahulparte@gmail.com |
| Randolph Habeck | 323 Sound Beach Avenue | | | | | Old Greenwich | CT | 06870 | | dolph.habeck@mac.com |
| Rhode Island Secretary of State | Business Services Division | 148 W. River Street | | | | Providence | RI | 02904 | | |
| RICOH USA | 300 Eagleview Blvd. | | | | | Exton | PA | 19341 | | |
| Ryan Waterman | 2736 Larrabee Avenue | | | | | Denver | IA | 50622 | | rwaterman@centurylink.net |
| S. Rony Mukhopadhyay | 1661 Bush Street | Apt 9 | | | | San Francisco | CA | 94109 | | |
| Sadiq Madraswala | 111 Lawrence Street | Apt 24J | | | | Brooklyn | NY | 11201 | | madraswala.sadig@gmail.com |
| Sage Realty Corporation | Attn: Damalie Allen | 767 Third Avenue | | | | New York | NY | 10017 | | dallen@sagerealty.com sadamo@sagerealty.com lblanco@sagerealty.com |
| Samuel Ockman | 5846 SE Insley Street | | | | | Portland | OR | 97206 | | ockman@gmail.com |
| Sandeep M. Contractor | Flat 201 | Palazzo Residency | 17th Road | Khar West | | Mumbai | | 400052 | IN | |
| Sara Cassidy | 338 Warwick Street | | | | | St. Pauls | MN | 55105 | | sara.elizabeth.cassidy@gmail.com |
| Sarood Baig | 7505 Jester Boulevard | | | | | Austin | TX | 78750 | | stbaig@gmail.com |
| Scott Cline | 6016 Cardinal Road | | | | | Bettendorf | IA | 52722 | | SCBBALL33@GMAIL.COM |
| Securities & Exchange Commission | Office of the General Counsel | Attn: Michael A. Conley, Esq. | 100 F St NE | | | Washington | DC | 20549 | | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities & Exchange Commission | New York Regional Office | Attn: Richard Best, Regional Director | Brookfield Place | 200 Vesey Street | Suite 400 | New York | NY | 10281-1022 | | SECBankruptcy-OGC-ADO@SEC.GOV newyork@sec.gov |

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | City | State | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Seidy Martinez | 59 Benedict Street | | | | | Norwalk | CT | 06850 | | |
| Sequr | Attn: Adam Stein; Mike Maxsenti | 200 Ottley Drive NE | | | | Atlanta | GA | 30324 | | mike@sequr.io |
| Shinichi Cowe | 24 Seir Hill Road | | | | | Wilton | CT | 06897 | | SRCOWE@GMAIL.COM |
| Social Security Administration | Office of the Regional Chief Counsel, Region II | 26 Federal Plaza | Room 3904 | | | New York | NY | 10278 | | |
| South Carolina Secretary of State | 1205 Pendleton Street | Suite 525 | | | | Columbia | SC | 29201 | | |
| Steve Lauricella | 110-34 73rd Road | Apt 2A | | | | Forest Hills | NY | 11375 | | steven.lauricella@gmail.com |
| Steven LePorin | 17 Mayfair Terrace | | | | | Commack | NY | 11725 | | steveleporin@gmail.com |
| Steven Shenfeld | 2A Melby Lane | | | | | East Hills | NY | 11576 | | |
| Stuart Brister | 3918 E. Brookhaven Drive NE | | | | | Brookhaven | GA | 30319 | | |
| Susan Arbeit | 30 Fox Run Road | | | | | Croton-on-Hudson | NY | 10520 | | |
| Swinda Salazar-Piquemal | 1205 Magnolia Drive | | | | | Indialantic | FL | 32903 | | swindasp@gmail.com |
| Takumi Matsuzawa | 257 Kingsley Ave | | | | | Palo Alto | CA | 94301 | | Takumi.matsuzawa@gmail.com |
| Tarrant eVolution Partners, L.P. | Attn: Michael LaGatta | 301 Commerce Street | Suite 3300 | | | Fort Worth | TX | 76102 | | |
| Tennessee Secretary of State | Division of Business Services | 312 Rosa L. Parks Avenue | Snodgrass Tower | 3rd Floor | | Nashville | TN | 37243 | | |
| Texas Secretary of State | Business & Commercial Section | P.O. Box 13697 | | | | Austin | TX | 78711 | | |
| Thomas Coenen | 50 Bridge 4 Lane | | | | | Pipersville | PA | 18947 | | tcoenen@gmail.com |
| Thomas Heslenfeld | 48 Lockwood Lane | | | | | Riverside | CT | 06878 | | |
| Thomas Owen | 14392 NE 46th Street | | | | | Elkhart | IA | 50073 | | towen@iowatelecom.net |
| Time Warner Cable Business Services | 13820 Sunrise Valley | | | | | Gerndon | VA | 20171 | | william.sokolowski@charter.com |
| Tino Mehlmann | 127 Donaldson Avenue | | | | | Rutherford | NJ | 07070 | | tino.mehlmann@gmail.com |
| Tomer Gat | 84 Bayberry Lane | | | | | Westport | CT | 06880 | | |
| United States Department of Justice | Office of the Attorney General | 950 Pennsylvania Avenue NW | | | | Washington | DC | 20530-0001 | | |
| Unum | Attn: Unum Client Service Center | | | | | | | | | AskUnum@unum.com |
| US Department of Health and Human Services | Office of the General Counsel | 26 Federal Plaza | Room 3908 | | | New York | NY | 10278 | | |
| Utah Secretary of State | Division of Corporations & Commercial Code | 160 East 300 South | Second Floor | | | Salt Lake City | UT | 84111 | | |
| Utah Secretary of State | Division of Corporations & Commercial Code | 160 E Broadway | | | | Salt Lake City | UT | 84112 | | |
| Vinay Devalla | 45 Hayward Street | Apt 1802 | | | | Cambridge | MA | 02142 | | devallavinay@gmail.com |
| VSP (Vision Plan) | Attn: Angela Habblett | | | | | | | | | angela.habblett@vsp.com |
| Warren Murphy | 295 Johnston Street | Apt 365 | | | | Jersey City | NJ | 07305 | | wmmurphy211@gmail.com |
| West Virginia Secretary of State | Office of the Secretary of State | State Capitol Building | | | | Charleston | WV | 25305 | | |
| West Virginia Secretary of State | WV One Stop Business Center | 1615 East Washington Street | | | | Charleston | WV | 25311-2126 | | |
| WeWork New York | 115 West 18th Street | | | | | New York | NY | 10011 | | |
| William Dix | 414 Amherst Dr SE | | | | | Albuquerque | NM | 87106 | | William.j.Dix@gmail.com |
| William Hartley-Urquhart | 9111 Collins Avenue | Unit N515 | | | | Surfside | FL | 33154 | | roland.hartley@gmail.com |
| Wisconsin Secretary of State | Department of Financial Institutions | 4822 Madison Yards Way | North Tower | | | Madison | WI | 53705 | | |