WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:    Susan A. Arbeit, Esq.
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                  :    Chapter 11
                                       :
GREENSILL CAPITAL INC.,                :    Case No. 21-10561 (MEW)
                                       :
                     Debtor.           :
------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Greensill Capital Inc.:

1.   Rachelle Bower
     330 West 56th Street
     New York, NY 10019
     rbower1515@gmail.com


2.   Neil Hughes
     299 Henry Street, Apartment 2A
     Brooklyn, NY 11201
     727-459-6352
     neil.hughes@gmail.com

    3.      Margaret Stock
           77 Park Avenue, Apartment 1515
           Hoboken, NJ 07030
           margaretmstock@gmail.com

Dated: New York, New York
       April 7, 2021

                                Sincerely,

                                WILLIAM K. HARRINGTON
                                UNITED STATES TRUSTEE

                                By:    */s/ Susan A. Arbeit*
                                       Susan A. Arbeit
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Office of the United States Trustee
                                       U.S. Federal Office Building
                                       201 Varick Street, Room 1006
                                       New York, NY 10014