TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander

*Proposed Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | |

**NOTICE OF REVISED DATES AND DEADLINES RELATING TO THE
SALE OF DEBTOR'S OWNERSHIP INTERESTS IN FINACITY CORPORATION**

Greensill Capital Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned case (the "Chapter 11 Case"), is seeking to sell its 100% ownership interests in Finacity Corporation (the "Finacity Equity") pursuant to a motion, dated March 29, 2021 [Docket No. 19] (the "Sale Motion").

By order, dated April 6, 2021 [Docket No. 37] (the "Bidding Procedures Order"), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") approved certain bidding and sale procedures for the Debtor's proposed marketing and sale of the Finacity Equity, which included certain dates and deadlines (the "Original Dates and Deadlines").

On April 6, 2021, the Debtor filed and served the *Notice of Proposed Sale of Debtor's Ownership Interest in Finacity Corporation* [Docket No. 39] (the "Notice of Sale"), which provided notice of the Original Dates and Deadlines.

After good faith negotiations between counsel for the Debtor and counsel for the Creditors' Committee, the Debtor has agreed to the revised dates and deadlines as provided herein (the "Revised Dates and Deadlines"). The Revised Dates and Deadlines are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal, One Penn Plaza, Suite 3335, New York, New York, 10119.

**PLEASE TAKE NOTE OF THE FOLLOWING IMPORTANT DEADLINES:**

| | |
|---|---|
| May 5, 2021 at 4:00 p.m. (ET) | Bid Deadline |
| May 6, 2021 at 2:00 p.m. (ET) | Deadline for the Debtor to notify bidders of their status as Qualified Bidders |
| May 7, 2021 at 10:00 a.m. (ET) | Auction (to be held virtually) |
| May 10, 2021 at 2:00 p.m. (ET) | Sale Objection Deadline |
| May 12, 2021 at 2:00 p.m. (ET) | Sale Hearing |
| May 14, 2021 at 4:00 p.m. (ET) | Sale Closing |

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE SALE OBJECTION DEADLINE SHALL BE A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO THE SALE MOTION, THE SALE ORDER, THE SALE TRANSACTION, OR THE DEBTOR'S CONSUMMATION AND PERFORMANCE OF THE STALKING HORSE PURCHASE AGREEMENT (INCLUDING, WITHOUT LIMITATION, THE DEBTOR'S TRANSFER OF THE FINACITY EQUITY, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).**

Copies of the Sale Motion, the Bidding Procedures Order, and all other documents and pleadings referenced in this notice or pertaining to the Chapter 11 Case can be viewed and/or obtained by (i) accessing the Bankruptcy Court's website for a fee, (ii) vising the Chapter 11 Case website at https://cases.stretto.com/greensill, or (iii) by contacting the Office of the Clerk of the Bankruptcy Court.  Please note that a PACER password is required to access documents on the Bankruptcy Court's website.

Dated:  New York, New York
      April 15, 2021

GREENSILL CAPITAL INC.
*Debtor and Debtor in Possession*
By its Proposed Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
BRYAN M. KOTLIAR
EITAN E. BLANDER
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-50000