**Hearing Date: May 12, 2021 at 2:00 p.m. (ET)**
**Objection Deadline: May 5, 2021 at 4:00 p.m. (ET)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Proposed Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | |

**NOTICE OF TELEPHONIC HEARING ON DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that on April 21, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed an *Application for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion") in the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing to consider the relief requested in the Motion (the "Hearing") will be held on **May 12, 2021 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green,

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

New York, New York 10004, via Court Solutions LLC at www.court-solutions.com. Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and relief requested therein shall be filed no later than **May 5, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website") and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the exhibits thereto can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York, or (iii) vising the Debtor's case website at https://cases.stretto.com/greensill. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated:  New York, New York
         April 21, 2021

>                       GREENSILL CAPITAL INC.,
>                       *Debtor and Debtor in Possession*
>                       By its Proposed Counsel
>                       TOGUT, SEGAL & SEGAL LLP
>                       By:
>
>                       */s/ Kyle J. Ortiz*
>                       Albert Togut
>                       Kyle J. Ortiz
>                       Bryan M. Kotliar
>                       Amanda C. Glaubach
>                       One Penn Plaza, Suite 3335
>                       New York, New York 10119
>                       Telephone: (212) 594-5000

2