**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.:  21-10561 (MEW) |
| Debtor.[1] | |

## AMENDED & RESTATED SCHEDULES OF ASSETS AND LIABILITIES

### AMENDMENT TO SCHEDULE E/F (UNSECURED CLAIMS)[2]

* Please note that these Amended & Restated Schedules of Assets and Liabilities (the "Amended Schedules") contain amended information regarding certain priority and nonpriority unsecured claims that amend certain information contained in the original Schedule of Assets and Liabilities (the "Original Schedules").  These Amended Schedules should be considered in conjunction with the Original Schedules. Responses that are either labeled as "Not Amended" on these Amended Schedules or otherwise not referenced in these Amended Schedules should remain unchanged from the Original Schedules.

---

[1]   The last four digits of the Debtor's federal tax identification number are 3971.  The Debtor's corporate headquarters are located at c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

[2]   These Amended Schedules incorporate by reference and must be considered in connection with the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs*, attached to the Original Schedules of Assets and Liabilities.

**Fill in this information to identify the case:**

Debtor name ___Greensill Capital Inc.___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

United States Bankruptcy Court for the: ___Southern District of New York___ District of ___ ___
(State)

Case number (If known): ___21-10561___ ___ ___ ___ ___

☑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................... $ _Not Amended_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .............................................................. $ _Not Amended_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................ $ _Not Amended_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................. $ _Not Amended_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................................... $ _968,285.86_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................................... + $ _75,738,851.50_

4. **Total liabilities**............................................................................................................................ $ _76,707,137.36_
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Greensill Capital Inc. |
| United States Bankruptcy Court for the: | Southern District of New York   District of _____ (State) |
| Case number (if known) | 21-10561 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br> See Amended Schedule E/F Part I <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $ 4,367,293.36 | $ 968,285.86 |
| **2.2** | **Priority creditor's name and mailing address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $ _____ | $ _____ |
| **2.3** | **Priority creditor's name and mailing address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $ _____ | $ _____ |

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.__**    **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____    $_____

---

**2.__**    **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____    $_____

---

**2.__**    **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____    $_____

---

**2.__**    **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____    $_____

Debtor    Greensill Capital Inc.
          Name                                              Case number (if known)    21-10561

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 72,339,844.00 |
|---|---|---|

See Amended Schedule E/F Part II

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.2**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.3**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.4**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.5**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.6**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   Greensill Capital Inc.
         Name

Case number (if known)   21-10561

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Debtor _____Greensill Capital Inc._____    Case number *(if known)*_____21-10561_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.2. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.3. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.4. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 41. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.5. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.6. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.7. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.8. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.9. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.10. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.11. _____ _____ _____ | Line _____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Debtor    Greensill Capital Inc.
_____
          Name

Case number (if known)   21-10561

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 968,285.86 |
| 5b. **Total claims from Part 2** | 5b. + | $ 75,738,851.50 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 76,707,137.36 |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name      **Greensill Capital Inc.**

United States Bankruptcy Court for the:    **Southern District of New York**    District of _____    (State)

Case number (*If known*):    **21-10561**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*  E/F

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/08/2021
          MM / DD / YYYY

✘ /s/ Matthew Tocks
Signature of individual signing on behalf of debtor

Matthew Tocks
Printed name

Head of Workout & Restructuring (Americas)
Position or relationship to debtor

**Amended Schedule E/F Part I - Priority Claims**

| Line | Priority Creditor's Name | Address | Date incurred | Specify Code subsection | Basis of Claim | Subject to offset (Y/N) | Claim Amount (Amended) | Priority Claim Amount (Amended) | Net Remaining Nonpriority Claim (Amended) | Contingent | Unliquidated | Disputed | Claim Amount (Original) | Priority Claim Amount (Original) | Net Remaining Nonpriority Claim (Original) | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Astrid Carati | 200 Biscayne Boulevard Way #1109, Miami, FL 33131 | 2021 | 507(a)(4) | Wages | N | $32,788.58 | $13,650.00 | $19,138.58 | | | | $31,730.77 | $13,650.00 | $18,080.77 | | x | |
| 2.2 | Brian Haezebroeck | 8302 NW Chevalia Drive, Grimes, IA 50111 | 2021 | 507(a)(4) | Wages | N | $151,410.00 | $13,650.00 | $137,760.00 | | | | $143,685.00 | $13,650.00 | $130,035.00 | | x | |
| 2.3 | Caitlin Gallagher | 420 Greenley Road, New Canaan, CT 06840 | 2021 | 507(a)(4) | Wages | N | $21,120.00 | $13,650.00 | $7,470.00 | | | | $21,120.00 | $13,650.00 | $7,470.00 | | x | |
| 2.4 | Callum Sutherland | 102 Pine Street, Greenwich, CT 06830 | 2021 | 507(a)(4) | Wages | N | $84,737.23 | $13,650.00 | $71,087.23 | | | | $80,181.54 | $13,650.00 | $66,531.54 | | x | |
| 2.5 | Caroline Johnson | 152 2nd Avenue Apt 4A, New York, NY 10003 | 2021 | 507(a)(4) | Wages | N | $15,769.19 | $13,650.00 | $2,119.19 | | | | $13,846.15 | $13,650.00 | $196.15 | | x | |
| 2.6 | Charles Brough | 1650 West Division Street 1650-B, Chicago, IL 60622 | 2021 | 507(a)(4) | Wages | N | $73,209.20 | $13,650.00 | $59,559.20 | | | | $69,049.62 | $13,650.00 | $55,399.62 | | x | |
| 2.7 | Colin Nicholson | 4102 Beau Chene Drive, Lake Charles, LA 70605 | 2021 | 507(a)(4) | Wages | N | $59,019.34 | $13,650.00 | $45,369.34 | | | | $55,846.15 | $13,650.00 | $42,196.15 | | x | |
| 2.8 | Dinesh Kumar | 8 Clayton Street, Westport, CT 06880 | 2021 | 507(a)(4) | Wages | N | $118,461.50 | $13,650.00 | $104,811.50 | | | | $111,730.77 | $13,650.00 | $98,080.77 | | x | |
| 2.9 | Donatus Anusionwu | 105 15th Street Apartment 2L, Brooklyn, NY 11215 | 2021 | 507(a)(4) | Wages | N | $113,077.03 | $13,650.00 | $99,427.03 | | | | $107,307.69 | $13,650.00 | $93,657.69 | | x | |
| 2.10 | Erin Kiekhofer | 403 Main Street #211, San Francisco, CA 99105 | 2021 | 507(a)(4) | Wages | N | $81,038.39 | $13,650.00 | $67,388.39 | | | | $76,903.85 | $13,650.00 | $63,253.85 | | x | |
| 2.11 | Felipe Zwanzger | 5016 NW 113th Place, Doral, FL 33178 | 2021 | 507(a)(4) | Wages | N | $25,038.43 | $13,650.00 | $11,388.43 | | | | $23,692.31 | $13,650.00 | $10,042.31 | | x | |
| 2.12 | Griffith Williams | 1448 Park Avenue, River Forrest, IL 60305 | 2021 | 507(a)(4) | Wages | N | $50,769.18 | $13,650.00 | $37,119.18 | | | | $47,884.62 | $13,650.00 | $34,234.62 | | x | |
| 2.13 | Ian Sales | 1330 Boylston Street Unit 619, Boston, MA 02215 | 2021 | 507(a)(4) | Wages | N | $26,896.44 | $13,650.00 | $13,246.44 | | | | $23,286.15 | $13,650.00 | $9,636.15 | | x | |
| 2.14 | Indirah Toovey | 1413 Horseshoe Drive, North Bellmore, NY 11710 | 2021 | 507(a)(4) | Wages | N | $84,807.56 | $13,650.00 | $71,157.56 | | | | $80,480.77 | $13,650.00 | $66,830.77 | | x | |
| 2.15 | Jack Furr | 1209 W. Princess Anne Rd., Norfolk, VA 23507 | 2021 | 507(a)(4) | Wages | N | $19,553.78 | $13,650.00 | $5,903.78 | | | | $18,957.69 | $13,650.00 | $5,307.69 | | x | |
| 2.16 | Jacob Streit | 46 Mohawk Avenue, Corte Madera, CA 94925 | 2021 | 507(a)(4) | Wages | N | $126,923.11 | $13,650.00 | $113,273.11 | | | | $119,711.54 | $13,650.00 | $106,061.54 | | x | |
| 2.17 | James Leonard | 171 Lounsbury Rd., Ridgefield, CT 06877 | 2021 | 507(a)(4) | Wages | N | $75,705.00 | $13,650.00 | $62,055.00 | | | | $67,385.77 | $13,650.00 | $53,735.77 | | x | |
| 2.18 | Jamey Ross | 415 Ridge Street, Riverhead, NY 53565 | 2021 | 507(a)(4) | Wages | N | $95,076.79 | $13,650.00 | $81,426.79 | | | | $90,125.00 | $13,650.00 | $76,475.00 | | x | |
| 2.19 | Jennifer Wampler | 125 Aspen Lane, Park City, UT 84098 | 2021 | 507(a)(4) | Wages | N | $75,384.60 | $13,650.00 | $61,734.60 | | | | $67,692.31 | $13,650.00 | $54,042.31 | | x | |
| 2.20 | Joe Weisskopf | 8809 Burdette Road, Bethesda, MD 20817 | 2021 | 507(a)(4) | Wages | N | $76,730.71 | $13,650.00 | $63,080.71 | | | | $72,692.31 | $13,650.00 | $59,042.31 | | x | |
| 2.21 | John Smith | 306 E Center Avenue, Lake Bluff, IL 60044 | 2021 | 507(a)(4) | Wages | N | $97,373.18 | $13,650.00 | $83,723.18 | | | | $92,353.85 | $13,650.00 | $78,703.85 | | x | |
| 2.22 | John Zimmerman | 321E 43rd Street Apt 802, New York, NY 10017 | 2021 | 507(a)(4) | Wages | N | $82,922.96 | $13,650.00 | $69,272.96 | | | | $78,692.31 | $13,650.00 | $65,042.31 | | x | |
| 2.23 | Jon Viter | 1165 SE 14th Avenue, Canby, OR 97013 | 2021 | 507(a)(4) | Wages | N | $67,846.22 | $13,650.00 | $54,196.22 | | | | $64,384.62 | $13,650.00 | $50,734.62 | | x | |
| 2.24 | Juliana Hernandez | 9508 Lake Serena Drive, Boca Raton, FL 33496 | 2021 | 507(a)(4) | Wages | N | $31,476.89 | $13,650.00 | $17,826.89 | | | | $29,688.46 | $13,650.00 | $16,038.46 | | x | |
| 2.25 | Katherine Sinclair | 1615 North Chipmunk Lane, Silverthorne, CO 80498 | 2021 | 507(a)(4) | Wages | N | $73,076.91 | $13,650.00 | $59,426.91 | | | | $69,230.77 | $13,650.00 | $55,580.77 | | x | |
| 2.26 | Kevin Lawler | 63 Tallmadge Avenue, Chatham, NJ 07928 | 2021 | 507(a)(4) | Wages | N | $28,615.38 | $13,650.00 | $14,965.38 | | | | $28,615.38 | $13,650.00 | $14,965.38 | | x | |
| 2.27 | Kristine Schweinsberg | 3710 Avenue S, Brooklyn, NY 11234 | 2021 | 507(a)(4) | Wages | N | $11,692.31 | $11,692.31 | $0.00 | | | | $11,692.31 | $11,692.31 | $0.00 | | | |
| 2.28 | Lucia Martinez | 1202 Briar Ridge Drive, Houston, TX 77057 | 2021 | 507(a)(4) | Wages | N | $125,865.31 | $13,650.00 | $112,215.31 | | | | $119,134.62 | $13,650.00 | $105,484.62 | | x | |
| 2.29 | Manuel Buraglia | 500 Brickell Avenue Apartment 902, Miami, FL 33131 | 2021 | 507(a)(4) | Wages | N | $62,818.54 | $13,650.00 | $49,168.54 | | | | $59,249.23 | $13,650.00 | $45,599.23 | | x | |
| 2.30 | Marcus Wunderlich | 367 Third Street Apartment 201, Jersey City, NJ 07302 | 2021 | 507(a)(4) | Wages | N | $90,346.23 | $13,650.00 | $76,696.23 | | | | $85,326.92 | $13,650.00 | $71,676.92 | | x | |
| 2.31 | Margaret Stock | 77 Park Avenue Apartment 1515, Hoboken, NJ 07030 | 2021 | 507(a)(4) | Wages | N | $42,461.57 | $13,650.00 | $28,811.57 | | | | $40,153.85 | $13,650.00 | $26,503.85 | | x | |
| 2.32 | Marisa Lazatin | 217 Watchung Ave., Montclair, NJ 07043 | 2021 | 507(a)(4) | Wages | N | $94,086.41 | $13,650.00 | $80,436.41 | | | | $89,134.62 | $13,650.00 | $75,484.62 | | x | |
| 2.33 | Matthew Harrison | 1190 Turner Mountain Rd., Charlottesville, VA 22903 | 2021 | 507(a)(4) | Wages | N | $13,641.00 | $13,641.00 | $0.00 | | | | $13,192.31 | $13,192.31 | $0.00 | | | |
| 2.34 | Matthew Wright | 1025 9th Street, West Linn, OR 97068 | 2021 | 507(a)(4) | Wages | N | $84,807.56 | $13,650.00 | $71,157.56 | | | | $80,480.77 | $13,650.00 | $66,830.77 | | x | |
| 2.35 | Maureen Slattery | 525 East 14th Street Apartment 8F, New York, NY 10009 | 2021 | 507(a)(4) | Wages | N | $54,519.16 | $13,650.00 | $40,869.16 | | | | $51,634.62 | $13,650.00 | $37,984.62 | | x | |
| 2.36 | Michael Gilhuley | 949 Washington Drive, Centerport, NY 11721 | 2021 | 507(a)(4) | Wages | N | $96,582.35 | $13,650.00 | $82,932.35 | | | | $91,333.27 | $13,650.00 | $77,683.27 | | x | |
| 2.37 | Michael Pilat | 134 East 56th Street, Westmont, IL 60559 | 2021 | 507(a)(4) | Wages | N | $103,653.79 | $13,650.00 | $90,003.79 | | | | $98,365.38 | $13,650.00 | $84,715.38 | | x | |
| 2.38 | Neil Hughes | 299 Henry Apt 2A, Brooklyn, NY 11201 | 2021 | 507(a)(4) | Wages | N | $48,807.67 | $13,650.00 | $35,157.67 | | | | $46,211.54 | $13,650.00 | $32,561.54 | | x | |
| 2.39 | Nichole Nguyen | 70 Battery Place Apt 801, New York, NY 10280 | 2021 | 507(a)(4) | Wages | N | $33,980.71 | $13,650.00 | $20,330.71 | | | | $32,192.31 | $13,650.00 | $18,542.31 | | x | |
| 2.40 | Nicolas Rodriguez Gaziglia | 260 N 9th St Apt 6A, Brooklyn, NY 11211 | 2021 | 507(a)(4) | Wages | N | $84,923.21 | $13,650.00 | $71,273.21 | | | | $72,538.46 | $13,650.00 | $58,888.46 | | x | |
| 2.41 | Nimish Patel | 32 Cranbury Road, Westport, CT 06880 | 2021 | 507(a)(4) | Wages | N | $56,038.38 | $13,650.00 | $42,388.38 | | | | $53,057.69 | $13,650.00 | $39,407.69 | | x | |
| 2.42 | Pieter Frederik Boom | 31 Owenoke Way, Riverside, CT 06878 | 2021 | 507(a)(4) | Wages | N | $150,538.57 | $13,650.00 | $136,888.57 | | | | $134,692.31 | $13,650.00 | $121,042.31 | | x | |
| 2.43 | Rachelle Bower | 330 W 56th Street, New York, NY 10019 | 2021 | 507(a)(4) | Wages | N | $35,053.78 | $13,650.00 | $21,403.78 | | | | $33,265.38 | $13,650.00 | $19,615.38 | | x | |
| 2.44 | Rahul Parte | 2315 Yellow Moon Circle, Wanship, UT 84017 | 2021 | 507(a)(4) | Wages | N | $65,076.98 | $13,650.00 | $51,426.98 | | | | $61,615.38 | $13,650.00 | $47,965.38 | | x | |
| 2.45 | Randolph Habeck | 323 Sound Beach Avenue, Old Greenwich, CT 06870 | 2021 | 507(a)(4) | Wages | N | $131,922.98 | $13,650.00 | $118,272.98 | | | | $118,461.54 | $13,650.00 | $104,811.54 | | x | |
| 2.46 | Ryan Waterman | 2736 Larrabee Avenue, Denver, IA 50622 | 2021 | 507(a)(4) | Wages | N | $97,057.55 | $13,650.00 | $83,407.55 | | | | $92,105.77 | $13,650.00 | $78,455.77 | | x | |
| 2.47 | Sadiq Madraswala | 111 Lawrence Street Apartment 24 J, Brooklyn, NY 11201 | 2021 | 507(a)(4) | Wages | N | $90,961.51 | $13,650.00 | $77,311.51 | | | | $85,673.08 | $13,650.00 | $72,023.08 | | x | |
| 2.48 | Samuel Ockman | 5846 SE Insley Street, Portland, OR 97206 | 2021 | 507(a)(4) | Wages | N | $18,000.00 | $13,650.00 | $4,350.00 | | | | $18,000.00 | $13,650.00 | $4,350.00 | | x | |
| 2.49 | Sarood Baig | 7505 Jester Boulevard, Austin, TX 78750 | 2021 | 507(a)(4) | Wages | N | $97,373.18 | $13,650.00 | $83,723.18 | | | | $92,353.85 | $13,650.00 | $78,703.85 | | x | |
| 2.50 | Schuyler Neuhauser | 4 Stable Road, Tuxedo Park, NY 10987 | 2021 | 507(a)(4) | Wages | N | $11,756.39 | $11,756.39 | $0.00 | | | | $11,307.69 | $11,307.69 | $0.00 | | | |
| 2.51 | Scott Cline | 6016 Cardinal Road, Bettendorf, IA 52722 | 2021 | 507(a)(4) | Wages | N | $95,076.79 | $13,650.00 | $81,426.79 | | | | $90,125.00 | $13,650.00 | $76,475.00 | | x | |
| 2.52 | Shinichi Cowe | 24 Serr Hill Road, Wilton, CT 06897 | 2021 | 507(a)(4) | Wages | N | $118,739.32 | $13,650.00 | $105,089.32 | | | | $112,618.62 | $13,650.00 | $98,968.62 | | x | |
| 2.53 | Steve LePorin | 17 Mayfair Terrace, Commack, NY 11725 | 2021 | 507(a)(4) | Wages | N | $73,684.69 | $13,650.00 | $60,034.69 | | | | $69,723.08 | $13,650.00 | $56,073.08 | | x | |
| 2.54 | Swinda Salazar-Piquemal | 1205 Magnolia Drive, Indialantic, FL 32903 | 2021 | 507(a)(4) | Wages | N | $78,557.63 | $13,650.00 | $64,907.63 | | | | $74,423.08 | $13,650.00 | $60,773.08 | | x | |
| 2.55 | Thomas Coenen | 50 Bridge 4 Lane, PIPERSVILLE, PA 18947 | 2021 | 507(a)(4) | Wages | N | $82,003.95 | $13,650.00 | $68,353.95 | | | | $77,547.12 | $13,650.00 | $63,897.12 | | x | |
| 2.56 | Thomas Owen | 14392 NE 46th Street, Elkhart, IA 50073 | 2021 | 507(a)(4) | Wages | N | $96,067.17 | $13,650.00 | $82,417.17 | | | | $91,115.38 | $13,650.00 | $77,465.38 | | x | |
| 2.57 | Tino Mehlmann | 127 Donaldson Avenue, Rutherford, NJ 07070 | 2021 | 507(a)(4) | Wages | N | $56,038.38 | $13,650.00 | $42,388.38 | | | | $53,057.69 | $13,650.00 | $39,407.69 | | x | |
| 2.58 | Vinay Kumar Devalla | 45 Hayward Street Apt 1802, Cambridge, MA 02142 | 2021 | 507(a)(4) | Wages | N | $151,692.27 | $13,650.00 | $138,042.27 | | | | $149,000.00 | $13,650.00 | $135,350.00 | | x | |
| 2.59 | Warren Murphy | 295 Johnston Street Apt 365, Jersey City, NJ 07305 | 2021 | 507(a)(4) | Wages | N | $47,115.42 | $13,650.00 | $33,465.42 | | | | $44,711.54 | $13,650.00 | $31,061.54 | | x | |
| 2.60 | Sara Cassidy | 338 Warwick Street, St Pauls, MN 55105 | 2021 | 507(a)(4) | Wages | N | $16,875.00 | $13,650.00 | $3,225.00 | | | | $16,875.00 | $13,650.00 | $3,225.00 | | x | |
| 2.61 | Blake Evans | 818 Whiteoak Terrace, Canton, GA 30115 | 2021 | 507(a)(4) | Wages | N | $21,153.84 | $13,650.00 | $7,503.84 | | | | $21,153.84 | $13,650.00 | $7,503.84 | | x | |
| 2.62 | Bronowski, Mr Charles P | 728 Columbus Avenue, Pleasantville, NY 10570 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $11,004.32 | $11,004.32 | $0.00 | | | |
| 2.63 | Chan, Mr Michael | 35 W. 64th Street Apartment 6A, New York, NY 10023 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $6,047.77 | $6,047.77 | $0.00 | | | |
| 2.64 | Cherubini, Mr Adam | 206 Waterside Drive, North Falmouth, MA 02556 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $8,319.25 | $8,319.25 | $0.00 | | | |
| 2.65 | Clemente, Ms Melissa | 112 Jordyn Court , Matawan, NJ 07747 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $6,700.94 | $6,700.94 | $0.00 | | | |
| 2.66 | Deva, Mr Pravin | 5 Drexa Court , Norwalk, CT 06851 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $3,390.41 | $3,390.41 | $0.00 | | | |
| 2.67 | Doran, Mr James | 778 Quincy Street, Brooklyn, NY 11221 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $11,291.23 | $11,291.23 | $0.00 | | | |
| 2.68 | Filauro, Ms Denise | 2166 Broadway Apt. 4C, New York, NY 10024 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $11,185.75 | $11,185.75 | $0.00 | | | |
| 2.69 | Ganz, Ms Jennifer | 181 Colonial Road, Summit, NJ 07901 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $8,031.42 | $8,031.42 | $0.00 | | | |
| 2.70 | Hartley-Urquhart, Mr William R | 9111 Collins Avenue Unit N515, Surfside, FL 33154 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $12,088.25 | $12,088.25 | $0.00 | | | |
| 2.71 | Just Domenech, Ms Mireia | 108 Cutler Road , Greenwich, CT 06831 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $11,731.52 | $11,731.52 | $0.00 | | | |
| 2.72 | Lauricella, Mr Steven C | 110-34 73rd Road Apt 2a, Forest Hills, NY 11375 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $10,007.41 | $10,007.41 | $0.00 | | | |
| 2.73 | McKee, Mr Hugh | 270 W 132nd Street , New York, NY 10027 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $12,047.20 | $12,047.20 | $0.00 | | | |
| 2.74 | McNichol, Ms Elizabeth | 360 W.22nd Street Apartment 12P, New York, NY 10011 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $8,407.71 | $8,407.71 | $0.00 | | | |
| 2.75 | Ontaneda, Ms Ana | 21-38 31st Street Apt 5, Astoria, NY 11105 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $3,399.16 | $3,399.16 | $0.00 | | | |
| 2.76 | Tachmamedova, Ms Leyla | 114 MacDougal Apt 5, New York, NY 10012 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $4,105.15 | $4,105.15 | $0.00 | | | |
| 2.77 | Tocks, Mr Matthew | 19 Orchard Lane , New Canaan, CT 06840 | 2021 | 507(a)(4) | Wages | N | | | Not Amended | | | | $11,738.68 | $11,738.68 | $0.00 | | | |
| | | | | | | Sum: | $4,367,293.36 | $968,285.86 | $3,399,007.50 | | | | $4,117,294.77 | $967,388.47 | $3,149,906.30 | | | |

| | Amended Schedule E/F Part II - Nonpriority Claims | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Claim Information** | | | | | | **Amended Claim** | | | | **Original Claim** | | |
| Line | Nonpriority Creditor's Name | Address | Date incurred | Basis of Claim | Subject to offset (Y/N) | | Claim Amount | Contingent | Unliquidated | Disputed | Claim Amount | Contingent | Unliquidated | Disputed |
| 3.10 | Adrian Katz, Dana Katz, and Katz Family Trust | 15 Hart Lane, Weston, CT 06883 | 6/10/19 | Earn-out Payments under 2019 SPA | N | | $5,304,000.00 | | | x | $5,304,000.00 | | | |
| 3.11 | Adrian Katz, Dana Katz, and Katz Family Trust | 15 Hart Lane, Weston, CT 06883 | 6/10/19 | Earn-out Payments under 2019 SPA | N | | $15,912,000.00 | x | x | x | $15,912,000.00 | x | x | |