Hearing Date: June 29, 2021 at 11:00 a.m. (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | |

**NOTICE OF SCHEDULING OF TELEPHONIC OMNIBUS
HEARING FOR JUNE 29, 2021 AT 11:00 A.M. (EST)**

**PLEASE TAKE NOTICE** that on March 25, 2021 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby gives notice that a telephonic omnibus hearing (the "Omnibus Hearing") has been scheduled in the above-captioned case for **June 29, 2021 at 11:00 a.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

New York (the "Bankruptcy Court"), Courtroom 617, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that additional omnibus hearings will occur thereafter as may be scheduled by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Omnibus Hearing must make arrangements through Court Solutions LLC at www.court-solutions.com.  Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website") and clicking on the "Coronavirus COVID-19 Protocol" banner.

Dated:  New York, New York
          June 11, 2021

> GREENSILL CAPITAL INC.,
> *Debtor and Debtor in Possession*
> By its Counsel
> TOGUT, SEGAL & SEGAL LLP,
>
> By:
>
> */s/ Bryan M. Kotliar*
> ALBERT TOGUT
> KYLE J. ORTIZ
> BRYAN M. KOTLIAR
> AMANDA C. GLAUBACH
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Telephone: (212) 594-5000