UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  Greensill Capital Inc.                            Case No. 21-10561 (MEW)

    Debtor                                    Reporting Period: May 1, 2021 to May 31, 2021

                                            Federal Tax I.D. #   46-3113971

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | no | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | yes | |
|    Cash disbursements journals | | no | |
| Statement of Operations | MOR-2 | no | |
| Balance Sheet | MOR-3 | no | |
| Status of Post-petition Taxes | MOR-4 | no | |
|    Copies of IRS Form 6123 or payment receipt | | no | |
|    Copies of tax returns filed during reporting period | | no | |
| Summary of Unpaid Post-petition Debts | MOR-4 | no | |
|    Listing of Aged Accounts Payable | | no | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | no | |
| Taxes Reconciliation and Aging | MOR-5 | no | |
| Payments to Insiders and Professional | MOR-6 | no | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | no | |
| Debtor Questionnaire | MOR-7 | no | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____        Date: June 15, 2021

Signature of Authorized Individual*  /s/Matthew E. Tocks        Date: June 15, 2021

Printed Name of Authorized Individual: Matthew E. Tocks        Date: June 15, 2021

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re  Greensill Capital Inc.                          Case No.  21-10561 (MEW)
        Debtor                                          Reporting Period:  May 1, 2021 to May 31, 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.   Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | BANK ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
|  | OPER (Signature Bank) | PAYROLL (Signature Bank) | TAX (Signature Bank) | OTHER (Signature Bank) | Old Account (CIBC Account closed on May 4) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| ACCOUNT NUMBER (LAST 4) |  |  |  |  |  |  |
| **CASH BEGINNING  OF MONTH** |  |  |  | 73,581.15 | 251,489.09 | 325,070.24 |
| **RECEIPTS** |  |  |  |  |  |  |
| CASH  SALES |  |  |  |  |  |  |
| ACCOUNTS RECEIVABLE - PREPETITION |  |  |  |  |  |  |
| ACCOUNTS RECEIVABLE - POSTPETITION |  |  |  |  |  |  |
| LOANS AND ADVANCES | 0.00 | 0.00 | 0.00 | 300,000.00 | 0.00 | 300,000.00 |
| SALE OF  ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER  (ATTACH  LIST) | 251,489.09 | 291,339.18 | 3,792.39 | 28,830.36 | 0.00 | 575,451.02 |
| TRANSFERS (FROM DIP ACCTS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL  RECEIPTS |  |  |  |  |  | 875,451.02 |
| **DISBURSEMENTS** |  |  |  |  |  |  |
| NET PAYROLL |  | 122,368.63 |  |  |  | 122,368.63 |
| PAYROLL TAXES |  | 92,966.21 |  |  |  | 92,966.21 |
| SALES, USE, & OTHER TAXES |  |  |  |  |  |  |
| INVENTORY PURCHASES |  |  |  |  |  | 0.00 |
| SECURED/ RENTAL/ LEASES |  |  |  |  |  | 0.00 |
| INSURANCE |  |  |  | 64,703.19 |  | 64,703.19 |
| ADMINISTRATIVE | 392.09 | 7,459.05 |  |  |  | 7,851.14 |
| SELLING |  |  |  |  |  | 0.00 |
| OTHER  (ATTACH  LIST) |  |  |  |  |  | 0.00 |
| OWNER DRAW * |  |  |  |  |  | 0.00 |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  | 251,489.09 | 251,489.09 |
| PROFESSIONAL FEES |  | 0.00 | 0.00 | 250,000.00 |  | 250,000.00 |
| U.S. TRUSTEE  QUARTERLY FEES |  |  |  |  |  | 0.00 |
| COURT COSTS |  |  |  |  |  | 0.00 |
| **TOTAL DISBURSEMENTS** |  |  |  |  |  | 789,378.26 |
|  |  |  |  |  |  |  |
| NET CASH FLOW |  |  |  |  |  | 86,072.76 |
| (RECEIPTS LESS DISBURSEMENTS) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| CASH – END OF MONTH |  |  |  |  |  | 411,143.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 789378.26 |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 251489.09 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) |  |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **537889.00** |

In re Greensill Capital Inc.    Case No. 21-10561 (MEW)
Debtor    Reporting Period: May 1, 2021 to May 31, 2021

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating (DIP Signature Bank Account) | Payroll (DIP Signature Bank Account) | Tax (DIP Signature Bank Account) | Other (DIP Signature Bank Account) | DIP Signature Bank Account total | CIBC Account Closed On May 4 |
|---|---|---|---|---|---|---|
| | #####8745 | #####8745 | #####8745 | #####8745 | #####8745 | #####2568 |
| **BALANCE PER BOOKS** | 0 | 0 | 0 | 0 | 411,143.00 | 0 |
| | | | | | | |
| BANK BALANCE | 0 | 0 | 0 | 0 | 0.00 | 0 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER *(ATTACH EXPLANATION)* | 0 | 0 | 0 | 0 | 0 | 0 |
| **ADJUSTED BANK BALANCE \*** | 0 | 0 | 0 | 0 | 411,143.00 | 0 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**OTHER**

In re Greensill Capital Inc.                                    Case No. 21-10561 (MEW)
_____                     _____
        Debtor                                                 Reporting Period: May 1, 2021 to May 31, 2021

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | 231339.18 | 838128.04 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs *(attach schedule)* | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 64,703.19 | 135,356,53 |
| Officer/Insider Compensation* | 8,557.15 | 59,763.15 |
| Insurance | 0.00 | 0.00 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 113,811.63 | 384,812.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 92,966.21 | 332,867.55 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes - Other | | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 0.00 | 0.00 |
| Other *(attach schedule)* | 7,851.14 | 17,679.96 |
| Total Operating Expenses Before Depreciation | 287,889.32 | 930,478.82 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | -56,550.14 | -92,350.78 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 328,443.84 | 328,443.84 |
| Interest Expense | 0.00 | 0.00 |
| Other Expense *(attach schedule)* | 0.00 | 0.00 |
| Net Profit (Loss) Before Reorganization Items | 271,893.69 | 371,449.22 |

**In re** Greensill Capital Inc.                                    **Case No.** 21-10561 (MEW)
_____                   _____
          **Debtor**                                         **Reporting Period:** May 1, 2021 to May 31, 2021

| REORGANIZATION ITEMS | | |
|---|---:|---:|
| Professional Fees | 250,000.00 | 259,226.25 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses *(attach schedule)* | 0.00 | 0.00 |
| Total Reorganization Expenses | 250,000.00 | 259,226.25 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | 21,893.69 | 112,222.97 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re | Greensill Capital Inc. | | Case No. | | 21-10561 (MEW) | |
|---|---|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | | May 1, 2021 to May 31, 2021 | |

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED | |
|---|---|---|---|---|
| *CURRENT ASSETS* | | | | |
| Unrestricted Cash and Equivalents | 411,143 | 328,862.24 | 142,941.66 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | 0 | 0 | 0 | |
| Accounts Receivable (Net) | 1,615,913 | 1,615,913 | 1,615,913 | Note: See Schedules and Statements [Docket No. 44] |
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | | | | |
| Inventories | | | 0 | |
| Prepaid Expenses | 41,333 | 41,333 | 41,333 | Note: See Schedules and Statements [Docket No. 44] |
| Professional Retainers | 0 | 0 | 230,000 | Note: See Schedules and Statements [Docket No. 44] |
| Other Current Assets *(attach schedule)* | 15,000 | 15,000 | 15,000 | Note: See Schedules and Statements [Docket No. 44] - this entry includes art pieces (for 15,000) |
| *TOTAL CURRENT ASSETS* | 2,083,389.00 | 2,061,187.66 | 2,061,187.66 | |
| *PROPERTY & EQUIPMENT* | | | | |
| Real Property and Improvements | 0 | 0 | 0 | |
| Machinery and Equipment | 0 | 0 | 0 | |
| Furniture, Fixtures and Office Equipment | 0 | 0 | 480,000 | Note: See Schedules and Statements [Docket No. 44] |
| Leasehold Improvements | 0 | 0 | 0 | |
| Vehicles | 0 | 0 | 0 | |
| Less:  Accumulated Depreciation | 0 | 0 | 0 | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | 0 | 480,000 | Note: Debtor rejected office lease and abandoned office premises as such it has relinquished the furniture, fixtures and equipment |
| *OTHER ASSETS* | | | | |
| Amounts due from Insiders* | 0 | 0 | 0 | |
| Other Assets *(attach schedule)* | 75,043 | 75,043 | 75,043 | Note: See Schedules and Statements [Docket No. 44] - this includes loans to former employees and  Finacity shares for an undetermined amount |
| *TOTAL OTHER ASSETS* | 75,043 | 75,043 | 75,043 | |
| *TOTAL ASSETS* | 2,158,432.00 | 2,616,230.66 | 2,616,230.66 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE | |
|---|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | |
| Accounts Payable | 0 | 0 | 0 | |
| Taxes Payable *(refer to FORM MOR-4)* | 0 | 0 | 0 | |
| Wages Payable | 0 | 0 | 0 | |
| Notes Payable | 0 | 0 | 0 | |
| Rent / Leases - Building/Equipment | 0 | 0 | 0 | |
| Secured Debt / Adequate Protection Payments | 300,000 | 0 | 0 | Note: this DIP financing amount only reflects principal |
| Professional Fees | 0 | 0 | 0 | |
| Amounts Due to Insiders* | 0 | 0 | 0 | |
| Other Post-petition Liabilities *(attach schedule)* | 28,443.84 | 0 | 0 | Note: COBRA premiums refundable to terminated employees |
| *TOTAL POST-PETITION LIABILITIES* | 328,444 | 0 | 0 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | |
| Secured Debt | 0 | 0 | 0 | |
| Priority Debt | 968,285.86 | 968,285.86 | 968,285.86 | Note: See Amended Schedule on Assets and Liablilities [Docket No. 133] |
| Unsecured Debt | 75,489,750.30 | 75,489,750.30 | 75,489,750.30 | Note: See Schedules and Statements [Docket No. 44] |

In re Greensill Capital Inc.                              Case No.      **21-10561 (MEW)**
      **Debtor**                                    **Reporting Period:**          May 1, 2021 to May 31, 2021

| | | | | |
|---|---|---|---|---|
| *TOTAL PRE-PETITION LIABILITIES* | 76458036.16 | 76458036.16 | 76458036.16 | |
| *TOTAL LIABILITIES* | 76,786,480.50 | 76,458,036.16 | 76,458,036.16 | |
| *OWNERS' EQUITY* | | | | |
| Capital Stock | n/a | n/a | 150 | Note: figure as of Petition Date; the Debtor has not updated its equity balance sheet since |
| Additional Paid-In Capital | | | $12,481,881.55 | Note: figure as of Petition Date; the Debtor has not updated its equity balance sheet since |
| Partners' Capital Account | 0 | 0 | 0 | |
| Owner's Equity Account | 0 | 0 | 0 | |
| Retained Earnings - Pre-Petition | n/a | n/a | $4,095,874.10 | Note: figure as of Petition Date; the Debtor has not updated its equity balance sheet since |
| Retained Earnings - Post-petition | 0 | 0 | 0 | |
| Adjustments to Owner Equity *(attach schedule)* | 0 | 0 | 0 | |
| Post-petition Contributions *(attach schedule)* | 0 | 0 | 0 | |
| *NET OWNERS' EQUITY* | n/a | n/a | 16577905.65 | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | 93,035,044.30 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Greensill Capital Inc.                                          Case No.        21-10561 (MEW)
_____                     Reporting Period:
_____Debtor_____                                                              May 1, 2021 to May 31, 2021

| **BALANCE SHEET - continuation section** | | | |
| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re  Greensill Capital Inc.                                    Case No.  21-10561 (MEW)
      **Debtor**                                    Reporting Period:  May 1, 2021 to May 31, 2021

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month | | | | | | |
| FICA-Employee | 0 | 17,667.71 | 17,667.71 | | | |
| FICA-Employer | 0 | 17,667.71 | 17,667.71 | | | |
| Unemployment | 0 | | | | | |
| Income | 0 | 42,532.56 | 42,532.56 | | | |
| Other: | 0 | | | | | |
| Total Federal Taxes | 0 | 77,867.98 | 77,867.98 | | | |
| **State and Local** | | | | | | |
| Withholding | 0 | 14,699.45 | 14,699.45 | | | |
| Sales | 0 | | | | | |
| Excise | 0 | | | | | |
| Unemployment | 0 | 0.00 | 0.00 | | | |
| Real Property | 0 | | | | | |
| Personal Property | 0 | | | | | |
| Other: | 0 | 398.78 | 398.78 | | | |
| Total State and Local | 0 | 15,098.23 | 15,098.23 | | | |
| | | | | | | |
| **Total Taxes** | 0 | 92,966.21 | 92,966.21 | | | |

Note: Amounts were submitted to third party in charge of tax payments (Cambridge Mercantile Corp.)

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 300,000.00 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 981,512.00 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders | 0.00 | 0 | 0 | 0 | 0 | 0 |
| Other: | | 0 | 0 | 0 | 0 | 0 |
| Other: | | | | | | 0 |
| **Total Post-petition Debts** | 1,281,512.00 | 0 | 0 | 0 | 0 | 0 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Debtor expects to pay (i) DIP financing debt pursuant to its terms and (ii) professional fees upon receiving court approval

In re  Greensill Capital Inc.                                                                  Case No.  21-10561 (MEW)
           Debtor                                                                       Reporting Period:  May 1, 2021 to May 31, 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 1,615,913 |
| Plus:  Amounts billed during the period | 0 |
| Less:  Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 1,615,913 |

File with the Court and submit a copy to the United States
Trustee within 15 days after the end of the month and

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0 | 0 | 0 | 0 | 0 |
| 31 - 60 days old | 0 | 0 | 0 | 0 | 0 |
| 61 - 90 days old | 0 | 0 | 0 | 0 | 0 |
| 91+ days old | 0 | 0 | 0 | 1,615,913 | 1,615,913 |
| Total Accounts Receivable | 0 | 0 | 0 | 0 | 1,615,913 |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| Net Accounts Receivable | 0 | 0 | 0 | 0 | 0 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0 | 0 | 0 | 0 | 0 |
| 31 - 60 days old | 0 | 0 | 0 | 0 | 0 |
| 61 - 90 days old | 0 | 0 | 0 | 0 | 0 |
| 91+ days old | 0 | 0 | 0 | 0 | 0 |
| Total Taxes Payable | 0 | 0 | 0 | 0 | 0 |
| Total Accounts Payable | 0 | 0 | 0 | 0 | 0 |

In re  Greensill Capital Inc.                                    Case No.  21-10561 (MEW)
       Debtor                                         Reporting Period:  May 1, 2021 to May 31, 2021

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Hugh McKee | salary (net payment) | 8,557 | 31,343 |
| Matthew Tocks | salary (net payment) | 0 | 28,420 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | 59,763 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Togut | n/a | n/a | 0 | 0 | 0 |
| Mayer Brown | n/a | n/a | 0 | 0 | 0 |
| GLC | n/a | n/a | 0 | 0 | 0 |
| Tony Pagliuco | n/a | n/a | 0.00 | 9,226.25 | 0 |
| Baker Botts | n/a | n/a | 0 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | 0 | 9,226.25 | 0 |

Note: these are fees of Debtor's tax consultant incurred in the ordinary course of business

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| n/a | | | |
| n/a | | | |
| n/a | | | |
| n/a | | | |
| n/a | | | |
| n/a | | | |
| n/a | | | |
| n/a | | | |
| TOTAL PAYMENTS | | | |

In re  Greensill Capital Inc.                                    Case No.  21-10561 (MEW)
       **Debtor**                                               **Reporting Period:**  May 1, 2021 to May 31, 2021

### DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No | |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | x | | Note: Debtor used CIBC account through May 4, 2021. |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x | |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x | |
| 5 | File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | x | | |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | x | | Note: payment of pre-petition expenses of terminated employees |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x | |
| 8 | Are any post petition payroll taxes past due? | | x | |
| 9 | Are any post petition State or Federal income taxes past due? | | x | |
| 10 | Are any post petition real estate taxes past due? | | x | |
| 11 | Are any other post petition taxes past due? | | x | |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x | |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x | |
| 14 | Are any wage payments past due? | X | | Note: only pre-petition wages are past due and relevant payment is subject to the wages order |
| 15 | Have any post petition loans been been received by the Debtor from any party? | x | | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x | |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x | |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x | |

**CIBC**

MEMBER **FDIC**    🏠 EQUAL HOUSING **LENDER**

120 South LaSalle Street, Chicago, IL  60603

**ADDRESS SERVICE REQUESTED**

Last Statement:            April 30, 2021
Statement Ending:           May 31, 2021
Total Days in Statement Period:      31

Page 1 of 1

GREENSILL CAPITAL INC.
(US), INC - C/O JORMAN PARTNERS
CASE#2110561
2 GANSEVOORT ST FL 7
NEW YORK NY 10014-1667

## Customer Service Information

📞 **For Personal Assistance, Call:**
312 564-3867
BRANDON BARR

💻 **Visit Us Online:**
www.cibc.com/US

✉️ **Written Inquiries:**
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

** Closed Account - Final Statement

## SMALL BUSINESS WITH NETBANKING

Account Number: ▮▮▮▮2568

### Balance Summary

| | | |
|---|---|---|
| **Beginning Balance as of 04/30/21** | $ | 251,489.09 |
| + Deposits and Credits (0) | | 0.00 |
| - Withdrawals and Debits (1) | | 251,489.09 |
| **Ending Balance as of 05/31/21** | **$** | **0.00** |
| Average Balance | $ | 0.00 |
| Low Balance | $ | 0.00 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 05/03 | Outgoing Wire-dom | 251,489.09 |
| | BNF GREENSILL CAPITL INC. DIP OBI | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/30 | 251,489.09 | 05/03 | 0.00 | 05/31 | 0.00 |

### Overdraft/Return Item Summary

| Description | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |

*Thank you for banking with CIBC*

| Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. **If you find an error, immediately call or write us at the phone number and address on this statement.** |
|---|---|

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL | $ | TOTAL | $ |

**ENDING BALANCE**      $ _____
Shown on this statement

**ADD (+)**
Deposits and other credits made but
not shown on this statement      $_____

**TOTAL**      $_____

**SUBTRACT (-)**      $_____
Total of checks outstanding

**BALANCE**      $_____

Current Checkbook Balance      $_____

**ADD (+)**      $_____
Interest earned from this statement

**SUBTRACT (-)**      $_____
Miscellaneous charges from this
statement

**NEW CHECKBOOK BALANCE**      $_____
Should agree with **BALANCE** line

## DEPOSIT ACCOUNT INFORMATION
## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
## (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



## GENERAL CONTACT INFORMATION

**By Phone:**
**Client Support Center**
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From May        01, 2021
To   May        31, 2021
Page     1 of     4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

GREENSILL CAPITAL INC DIP 21-10561      9-161
C/O TOGUT, SEGAL & SEGAL LLP
ONE PENN PLAZA, SUITE 3335
NEW YORK NY  10119

See Back for Important Information

Primary Account: ████8745        13

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████8745      MONOGRAM CHECKING | 73,581.15 | 411,143.00 |
| RELATIONSHIP TOTAL | | 411,143.00 |

*Signature*   | SIGNATURE BANK

                                        Statement Period
                                        From May       01, 2021
                                        To   May       31, 2021
                                        Page     2 of      4

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017

          GREENSILL CAPITAL INC DIP 21-10561      9-161
          C/O TOGUT, SEGAL & SEGAL LLP
          ONE PENN PLAZA, SUITE 3335
          NEW YORK NY  10119

                                        See Back for Important Information


                                  Primary Account: ████8745        13


MONOGRAM CHECKING            ██████8745



Summary

     Previous Balance as of May      01, 2021                              73,581.15
          8 Credits                                                       875,451.02
         23 Debits                                                        537,889.17
     Ending Balance as of    May      31, 2021                            411,143.00


Deposits and Other Credits
     May 03  INCOMING WIRE                                                251,489.09
             REF#  20210503B6B7261F00611305031554FT03
             FROM: GREENSILL CAPITAL INC.          ABA:   071006486
             BANK:
     May 05  INCOMING WIRE                                                300,000.00
             REF#  20210505B6B7261F00193405050904FT03
             FROM: PETER GREENSILL FAMILY CO PTY LTD   ABA:   NATAAU330
             BANK: NATIONAL AUSTRALIA BANK LIMITE
             OBI:  GREENSILL CAPITAL INC SENIOR SECURED SUPER-PRIORITY DE
             OBI:  BTOR-IN-POSSESSION CREDIT AGREEMENT FUNDING
             OBI:
     May 10  DEPOSIT                                                           15.00
     May 10  DEPOSIT                                                          752.58
     May 10  DEPOSIT                                                        3,024.81
     May 20  ACH DEPOSIT          ck/ref no.    8033736                     28,443.84
             FLORES & ASSOCIA    FLEX ACCNT    ██████4325
             002 0000000000284438425615423 07
     May 24  INCOMING WIRE                                                291,339.18
             REF#  20210524B6B7261F00192605240833FT03
             FROM: GRANT THORNTON UK LLP - LAR   ABA:   BARCGB22X
             BANK: BARCLAYS BANK PLC
             OBI:  GREENSILL CAPITAL (UK) LIMITED
             OBI:
             OBI:
     May 27  DEPOSIT                                                          386.52

*Signature*  | SIGNATURE BANK

Statement Period
From May        01, 2021
To   May        31, 2021
Page    3 of     4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

GREENSILL CAPITAL INC DIP 21-10561      9-161
C/O TOGUT, SEGAL & SEGAL LLP
ONE PENN PLAZA, SUITE 3335
NEW YORK NY  10119

See Back for Important Information

Primary Account: ██████8745        13

## Withdrawals and Other Debits

| | | | | | |
|---|---|---|---|---|---|
| May 03 | AUTOMATED PAYMENT | ck/ref no. | 5388251 | | 299.58 |
| | UNUMGROUP927 | INSURANCE | 1131898173 | | |
| | 01 UNUM GROUP | | 08766990012021Q501 | | |
| May 03 | AUTOMATED PAYMENT | ck/ref no. | 5388252 | | 1,060.01 |
| | UNUMGROUP927 | INSURANCE | 1131898173 | | |
| | 01 UNUM GROUP | | 08767000012021Q501 | | |
| May 04 | AUTOMATED PAYMENT | ck/ref no. | 5759000 | | 60,588.72 |
| | ANTHEM BLUE W05O | CORP PYMT | FL00827633 | | |
| May 06 | AUTOMATED PAYMENT | ck/ref no. | 6061889 | | 1,341.30 |
| | FLORES & ASSOCIA | FLEX ACCNT | 1001094954C9032 | | |
| May 10 | OUTGOING WIRE XFER | | | | 250,000.00 |
| | REF# 20210510B6B7261F004768 | | | | |
| | TO:  TOGUT, SEGAL & SEGAL LLP, RETAINER  ABA:   021000089 | | | | |
| | BANK: CITIBANK NYC | | ACCT# ████1801 | | |
| May 13 | AUTOMATED PAYMENT | ck/ref no. | 7081154 | | 392.09 |
| | AMEX EPAYMENT | ACH PMT | COP000004781205 | | |
| May 19 | AUTOMATED PAYMENT | ck/ref no. | 7885780 | | 191.75 |
| | FLORES & ASSOCIA | FLEX ACCNT | ██████9033 | | |
| May 26 | OUTGOING WIRE XFER | | | | 92,966.21 |
| | REF# 20210526B6B7261F001440 | | | | |
| | TO:  CAMBRIDGE MERCANTILE CORP INCOMING  ABA:   026009593 | | | | |
| | BANK: BK AMER NYC | | ACCT# █████1636 | | |
| May 26 | OUTGOING WIRE XFER | | | | 122,368.63 |
| | REF# 20210526B6B7261F000681 | | | | |
| | TO:  NATIONAL PAYMENT CORP | | ABA:   091408598 | | |
| | BANK: FST PREM SX FLS | | ACCT# ████0069 | | |
| May 26 | AUTOMATED PAYMENT | ck/ref no. | 8768002 | | 1,221.83 |
| | HANOVER INS | BILLPAY | INS PMNT | | |

## Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| May 18 | 1003 | 569.84 | May 20 | 1502 * | 1,252.54 |
| May 17 | 1004 | 734.14 | May 20 | 1503 | 486.00 |
| May 18 | 1005 | 989.68 | May 19 | 1504 | 539.16 |
| May 17 | 1006 | 1,517.66 | May 19 | 1505 | 159.78 |
| May 18 | 1007 | 186.25 | May 18 | 1506 | 683.68 |
| May 18 | 1008 | 145.15 | May 19 | 1507 | 87.17 |
| May 17 | 1009 | 108.00 | | | |

* Indicates break in check sequence

SIGNATURE BANK

```
                                    Statement Period
                                From May      01, 2021
                                To   May      31, 2021
                                Page     4 of     4

                                PRIVATE CLIENT GROUP 161
                                565 FIFTH AVENUE
                                NEW YORK, NY 10017
```

```
        GREENSILL CAPITAL INC DIP 21-10561      9-161
        C/O TOGUT, SEGAL & SEGAL LLP
        ONE PENN PLAZA, SUITE 3335
        NEW YORK NY  10119
```

                                    See Back for Important Information


                            Primary Account: █████8745        13

Daily Balances

| Apr 30 | 73,581.15 | May 17 | 312,821.13 |
|--------|-----------|--------|------------|
| May 03 | 323,710.65 | May 18 | 310,246.53 |
| May 04 | 263,121.93 | May 19 | 309,268.67 |
| May 05 | 563,121.93 | May 20 | 335,973.97 |
| May 06 | 561,780.63 | May 24 | 627,313.15 |
| May 10 | 315,573.02 | May 26 | 410,756.48 |
| May 13 | 315,180.93 | May 27 | 411,143.00 |

Rates for this statement period - Overdraft
May 01, 2021   13.000000 %