TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Eitan E. Blander

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | **Related Docket Nos. 19 & 37** |

**NOTICE OF SUCCESSFUL BIDDER FOR SALE OF DEBTOR'S
100% OWNERSHIP INTEREST IN FINACITY CORPORATION**

**PLEASE TAKE NOTICE** that Greensill Capital Inc., the above-captioned debtor and debtor in possession (the "Debtor"), has, in accordance with the *Order (A) Approving Bidding Procedures Relating to the Sale of Debtor's Equity in Finacity Corporation; (B) Establishing Stalking Horse Bidder and Approving Bid Protections; (C) Scheduling an Auction and a Sale Hearing; and (D) Approving the Form and Manner of Notice Thereof*, entered on April 6, 2021 [Docket No. 37] (the "Bidding Procedures Order"),[2] selected White Oak Global Advisors, LLC ("White Oak") as the Successful Bidder for the sale (the "Sale") of the Debtor's 100% ownership interest in Finacity Corporation (the "Finacity Equity").

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that a status conference on the Sale (the "Status Conference") has been scheduled for July 8, 2021 at 11:00 a.m. (ET) before the Honorable Michael E. Wiles United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to file with the Bankruptcy Court (a) the final form of the proposed Stock Sale and Purchase Agreement between the Debtor, White Oak, and Finacity (the "Proposed Purchase Agreement") and (b) the proposed form of order approving the Sale pursuant to the Proposed Purchase Agreement, following the Status Conference.

Dated:   New York, New York
         July 8, 2021

                                    GREENSILL CAPITAL INC.,
                                    *Debtor and Debtor in Possession*
                                    By its Counsel
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:

                                    */s/ Kyle J. Ortiz*
                                    ALBERT TOGUT
                                    KYLE J. ORTIZ
                                    BRYAN M. KOTLIAR
                                    EITAN E. BLANDER
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000