TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | **Related Docket Nos. 7, 19, 37, 38, 58, 59, 62, 79, 84, 102, 107, 143, 159** |

**NOTICE OF ADJOURNMENT OF HEARING**
**PREVIOUSLY SCHEDULED FOR JULY 28, 2021**

**PLEASE TAKE NOTICE** that on March 25, 2021 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2021, the Bankruptcy Court held a status conference on the following matters:

   a. *Debtor's Application for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 7] (with respect to entry of the proposed final order).

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

    b.    *Debtor's Motion for an Order Authorizing and Directing the Debtor to Enter Into Intellectual Property Assignment Agreement* [Docket No. 62].

    c.    *Debtor's Application for Debtor's Application for Entry of Orders: (I)(A) Approving Bidding Procedures Relating to the Sale of Debtor's Ownership Interests in Finacity Corporation; (B) Establishing Stalking Horse Bidder and Bid Protections; (C) Scheduling an Auction and a Sale Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II)(A) Approving the Sale of the Debtor's Ownership Interests in Finacity Corporation Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (B) Granting Related Relief* [Docket No. 19].

**PLEASE TAKE FURTHER NOTICE** that at the July 8 status conference, the Bankruptcy Court indicated that it would tentatively schedule a hearing with respect to the above-referenced matters for July 28, 2021.

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to the above-referenced matters has been adjourned **to August 4, 2021 at 10:00 a.m. (ET) (the "Hearing")**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. In light of the COVID-19 pandemic, the Hearing will only be conducted telephonically. Parties wishing to participate in the Hearings must make arrangements through Court Solutions LLC at www.court-solutions.com. Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced pleadings can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtor's chapter 11 case at https://cases.stretto.com/greensill, or (iii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated:  New York, New York
       July 19, 2021

    GREENSILL CAPITAL INC.,
*Debtor and Debtor in Possession*
By its Counsel
TOGUT, SEGAL & SEGAL LLP,

By:

*/s/ Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
BRYAN M. KOTLIAR
AMANDA C. GLAUBACH
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

3