**Hearing Date: October 26, 2021 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: October 19, 2021 at 4:00 p.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :   Chapter 11
                                   :
GREENSILL CAPITAL INC.,            :   Case No. 21-10561 (MEW)
                                   :
           Debtor[1].              :
                                   :
---------------------------------- x

# OMNIBUS NOTICE OF HEARING TO CONSIDER INTERIM AND FINAL APPLICATIONS FOR AN ALLOWANCE OF COMPENSATION, AND REIMBURSEMENT OF EXPENSES INCURRED BY PROFESSIONALS

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

**PLEASE TAKE NOTICE** that a hearing to consider the applications of: (i) Togut, Segal & Segal LLP, as *Counsel to the Debtor*; (ii) Mayer Brown LLP, as *Special Counsel to the Debtor*, (iii) GLC Advisors & Co., LLC and GLCA Securities, LLC, (collectively, "GLC"), as *Financial Advisor and Investment Banker for the Debtor*; and (iv) Arent Fox LLP, as *Counsel to the Official Committee of Unsecured Creditors* (the "UCC"), in the above-captioned cases (the "Debtor") seeking allowance of compensation for services rendered and for reimbursement of actual and necessary expenses incurred (the "Applications") shall be held before the Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Courtroom 617, One Bowling Green, New York, New York 10004-1408, on **October 26, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard, unless the telephonic hearing procedures set forth in General Order M-543 (Morris, C.J.) (as may be amended) remain in effect as of that date, in which case the Hearing shall be held telephonically via Court Solutions LLC. Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that the following Applications will be considered at the Hearing:

| Applicant | Fee Period | Fees | Expenses | Aggregate Fees and Expenses |
|---|---|---|---|---|
| **Togut, Segal & Segal LLP** *Counsel for the Debtor* [Docket No. 261] | March 25, 2021 thru July 31, 2021 | $1,760,772.00 | $157,197.04[2] | $1,917,969.04 |
| **Mayer Brown LLP** *Special Counsel for the Debtor* [Docket No. 262] | March 25, 2021 thru August 31, 2021 | $292,527.50 | $364.23 | $292,891.73 |
| **GLC Advisors & Co., LLC and GLCA Securities, LLC**[3] *Financial Advisor and Investment Banker for the Debtor* [Docket No. 263] | March 26, 2021 thru August 31, 2021 | $1,225,000.00 | $32,474.93[4] | $1,257,474.93 |
| **Arent Fox LLP** *Counsel for the Official Committee of Unsecured Creditors* [Docket No. 264] | April 9, 2021 thru July 31, 2021 | $893,775.50 | $7,393.00 | $901,168.50 |

The Applications have been electronically filed with the Clerk of the Bankruptcy Court pursuant to Rule 5005-2 of the Local Bankruptcy Rules for the Southern District of New York and are available for examination and inspection by interested parties on the Bankruptcy Court's website for a fee by visiting www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to any of the Applications must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered directly to Bankruptcy Judge Wile's Chambers, and served upon:

(i) Counsel to the Debtor, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle Ortiz, Esq. and Bryan Kotliar, Esq. (email: kortiz@teamtogut.com and bkotliar@teamtogut.com);

---

[2] Expense reimbursement requested in this Application includes pass-through expenses for Stretto, the Debtor's third-party mailing vendor in the amount of $124,096.08 incurred during the First Interim Fee Period; and reimbursement of $16,000 for Halperin, Battaglia Benzija, LLP for services rendered as Observer per Order of the Court dated June 11, 2021 [Docket No. 141], authorizing a contractor pass-through expense with the fee applications filed by the Togut Firm.

[3] This is a first and final application for GLC for an allowance of compensation and reimbursement of expenses.

[4] The expenses sought by GLC includes pass thorough expenses in the amount of $29,969.50 for Baker Botts LLP, for legal services rendered on behalf of GLC and the Debtor.

3

(ii) The United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Susan Arbeit, Esq. (email: Susan.Arbeit@usdoj.gov);

(iii) Special Counsel to the Debtor, Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York 10020-1001, Attn: Craig Reimer, Esq. and Youmi Kim, Esq. (email: creimer@mayerbrown.com and YKim@mayerbrown.com);

(iv) Financial Advisor and Investment Banker for the Debtor, GLC Advisors & Co., LLC and GLCA Securities, LLC, 600 Lexington Avenue, 9th Floor, New York, New York 10022, Attn: Lee Jason Goldberg, Director, (email: lee.goldberg@glca.com); and

(iii) Counsel for the UCC, Arent Fox LLP, 1301 Avenue of the Americas, Floor 42, New York, New York 10019, Attn: George Angelich, Esq. (email: George.Angelich@arentfox.com).

so that they are filed and actually received by all of them **not later than 4:00 p.m. (prevailing Eastern Time) on October 19, 2021.** Objections not timely served and filed may not be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Applications may be adjourned from time to time, without further written notice to creditors or parties-in-interest.

Dated: New York, New York
September 23, 2021

TOGUT, SEGAL & SEGAL LLP
By:

*/s/Kyle J. Ortiz*
KYLE J. ORTIZ
BRYAN M. KOTLIAR
AMANDA C. GLAUBACH
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Counsel to the Debtor and Debtor-in-Possession*