TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | **Related Docket Nos. 243, 244, 271** |

**NOTICE OF FILING OF SOLICITATION VERSIONS
OF CHAPTER 11 PLAN OF LIQUIDATION FOR
GREENSILL CAPITAL INC. AND RELATED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that on August 27, 2021, Greensill Capital Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed its *Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 243] (as may be amended, modified, and/or supplemented from time to time, the "Plan") and related *Disclosure Statement for the Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 244] (as may be amended, modified, and/or supplemented from time to time, the "Disclosure Statement") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on September 21, 2021, the Bankruptcy Court entered a *Second Amended Order (I) Approving Certain Key Dates Relating to Confirmation of the Debtor's Plan, Including Scheduling a Combined Hearing to Consider Approval of the Debtor's Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtor's Disclosure Statement on a Provisional Basis; and (IV) Approving (A) Procedures for Solicitation; (B) Forms of Ballots and Notices; (C) Procedures for Tabulation of Votes; and (D) Procedures for Objections* [Docket No. 271] (the "Solicitation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files a solicitation version of the Disclosure Statement, a copy of which is attached hereto as **Exhibit A** (the "Solicitation Disclosure Statement"), and the Plan, a copy of which is attached hereto as **Exhibit B** (the "Solicitation Plan").

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

**PLEASE TAKE FURTHER NOTICE** that a redline comparison between the Disclosure Statement and the Solicitation Disclosure Statement is attached hereto as **Exhibit C**.  A comparison between the Plan and the Solicitation Plan is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement, Plan (including all exhibits, schedules, and appendices thereto), and all documents filed in the Debtor's Chapter 11 case are publicly available and may be obtained from (a) the office of the Clerk of the Bankruptcy Court (the "Clerk's Office") during normal business hours;  (b) the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov (a PACER login and password are required to access documents on the Bankruptcy Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov);  (c) the Debtor's counsel, Togut, Segal & Segal LLP via email at greensillballots@teamtogut.com;  or (d) at the Chapter 11 case website at https://cases.stretto.com/greensill/.  **PLEASE NOTE:  Neither the staff of the Clerk's Office nor the Debtor's counsel can give you legal advice.**

Dated:   New York, New York
            September 24, 2021

                                                            GREENSILL CAPITAL INC.,
                                                            *Debtor and Debtor in Possession*
                                                            By its Counsel
                                                            TOGUT, SEGAL & SEGAL LLP,
                                                            By:

                                                            */s/ Kyle J. Ortiz*
                                                            ALBERT TOGUT
                                                            KYLE J. ORTIZ
                                                            BRYAN M. KOTLIAR
                                                            AMANDA C. GLAUBACH
                                                            One Penn Plaza, Suite 3335
                                                            New York, New York 10119
                                                            (212) 594-5000