**Objection Deadline: October 19, 2021 at 4:00 p.m. (prevailing Eastern Time)**
**Hearing Date: October 26, 2021 at 10:00 a.m. (prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | |

**NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL**
**OF DISCLOSURE STATEMENT AND PLAN CONFIRMATION; AND**
**(II) DEADLINE FOR OBJECTING TO DISCLOSURE STATEMENT AND PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**I.    CHAPTER 11 CASE**

On March 25, 2021 (the "Petition Date"), Greensill Capital Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case (the "Chapter 11 Case") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On April 7, 2021, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed an official committee of unsecured creditors in this Chapter 11 Case [Docket No. 42] (the "Creditors' Committee"). The U.S. Trustee subsequently filed notices amending the Creditors' Committee on April 9, 2021, April 19, 2021, and May 5, 2021 [Docket Nos. 47, 60 & 88]. No trustee or examiner has been appointed in the Chapter 11 Case.

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

II. **PLAN AND DISCLOSURE STATEMENT**

On August 27, 2021, the Debtor filed its *Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 243] (as may be amended, modified, and/or supplemented from time to time, the "Plan") and related *Disclosure Statement for the Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 244] (as may be amended, modified, and/or supplemented from time to time, the "Disclosure Statement").[2] On September 24, 2021, the Debtor filed the solicitation versions of the Plan [Docket No. 275, Ex. B] and the Disclosure Statement [Docket No. 275, Ex. A].

On September 21, 2021, the Bankruptcy Court entered an order [Docket No. 271] (a) conditionally approving the Disclosure Statement, pending final approval at the Combined Hearing (as defined below) and (b) approving procedures for solicitation of votes on the Plan and key dates and deadlines in connection therewith. The Plan has not yet been approved by the Bankruptcy Court and will be considered for confirmation at the Combined Hearing.

III. **ENTITLEMENT TO VOTE ON THE PLAN**

Only Holders of Claims in Class 5 (General Unsecured Claims) and Class 6 (Subordinated GCUK Intercompany Loan Claim) are entitled to vote to accept or reject the Plan. Holders of Claims and Interests in Class 1 (Secured Tax Claims), Class 2 (Other Secured Claims), Class 3 (Other Priority Claims), Class 4 (Priority Wage Claims), and Class 7 (Interests) are unimpaired and not entitled to vote on the Plan because such Claims and Interests are deemed to accept the Plan on account of such unimpaired status (the "Non-Voting Status"). However, if you are a Holder of a Priority Wage Claim, you will be entitled to vote on the Plan pursuant to any General Unsecured Claim you may hold in Class 5.

Only creditors who hold Claims on **August 27, 2021** (the "Voting Record Date") are entitled to vote on the Plan. All votes to accept or reject the Plan must be actually received by the Debtor's counsel by no later than **October 15, 2021 at 5:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). Any failure to follow the voting instructions included with your ballot may disqualify your ballot and your vote.

IV. **COMBINED HEARING**

A hearing to consider approval of the Disclosure Statement on a final basis and confirmation of the Plan (the "Combined Hearing") will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court, One Bowling Green, Room 617, New York, New York 10004, on **October 26, 2021 at 10:00 a.m. (prevailing Eastern Time)**. The Combined Hearing will only be conducted telephonically. Parties wishing to participate in the Combined Hearing must make arrangements through Court Solutions LLC at www.court-solutions.com. Instructions to register for Court Solutions LLC are attached to General Order M-543. General Order M-543, along

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Plan or Disclosure Statement, as applicable.

with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov and clicking on the "Coronavirus COVID-19 Protocol" banner.

The Combined Hearing may be adjourned from time to time by the Bankruptcy Court or the Debtor without further notice other than an announcement in open court or as indicated in any notice or hearing agenda that is filed with the Bankruptcy Court. The Plan may be further modified, if necessary, prior to, during, or as a result of the Combined Hearing.

## V. **OBJECTIONS**

Any responses or objections to approval of the Disclosure Statement or confirmation of the Plan must (a) be in writing; (b) comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the Bankruptcy Court, Chambers' procedures and orders of the Bankruptcy Court; (c) state the name and address of the responding or objecting party and the nature and amount of the Claim against or Interest in the Debtor's estate or property of the Debtor; (d) state with particularity the legal and factual basis for such response or objection; (e) be filed with the Clerk of the Bankruptcy Court, together with proof of service thereon; and (f) be served by personal service or overnight delivery, so as to be ACTUALLY RECEIVED no later than **October 19, 2021 at 4:00 p.m. (prevailing Eastern Time)** by:

(i) counsel for the Debtor, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119, Attn: Kyle J. Ortiz, Esq. (kortiz@teamtogut.com) and Bryan M. Kotliar, Esq. (bkotliar@teamtogut.com);

(ii) the U.S. Trustee, Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Susan Arbeit, Esq.;

(iii) counsel to the Creditors' Committee, Arent Fox LLP, 1301 Avenue of the Americas, Floor 42, New York, New York 10019, Attn.: George Angelich, Esq. (george.angelich@arentfox.com), and 800 Boylston Street, 32nd Floor, Boston, Massachusetts 02199, Attn.: Justin Kesselman, Esq. (justin.kesselman@arentfox.com); and

(iv) counsel for the Administrators of GCUK and GCMC, Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn.: Daniel Guyder, Esq. (daniel.guyder@allenovery.com) and Joseph Badtke-Berkow, Esq. (joseph.badtke-berkow@allenovery.com).

**ONLY THOSE RESPONSES OR OBJECTIONS THAT ARE TIMELY FILED AND RECEIVED WILL BE CONSIDERED BY THE BANKRUPTCY COURT. OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

### VI. ADDITIONAL INFORMATION

Copies of the Disclosure Statement and the Plan, as well as the exhibits thereto, may be obtained from (a) the office of the Clerk of the Bankruptcy Court (the "Clerk's Office") during normal business hours; (b) the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov (a PACER login and password are required to access documents on the Bankruptcy Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov); (c) the Debtor's counsel, Togut, Segal & Segal LLP via email at greensillballots@teamtogut.com; or (d) at the Chapter 11 Case website at https://cases.stretto.com/greensill/. **PLEASE NOTE: Neither the staff of the Clerk's Office nor the Debtor's counsel can give you legal advice.**

Dated:  September 24, 2021
         New York, New York

                                          Greensill Capital Inc.,
                                          *Debtor and Debtor in Possession*
                                          By its Attorneys
                                          TOGUT, SEGAL & SEGAL LLP
                                          By:

                                          */s/ Kyle J. Ortiz*
                                          Albert Togut
                                          Kyle J. Ortiz
                                          Bryan M. Kotliar
                                          Amanda C. Glaubach
                                          One Penn Plaza, Suite 3335
                                          New York, New York 10119
                                          Telephone:  (212) 594-5000