TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Albert Togut
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach

*Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No.: 21-10561 (MEW) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 26, 2021 AT 10:00 A.M. (ET)**

| | |
|---|---|
| **Time and Date of Hearing:** | October 26, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| **Location of Status Conference:** | Judge Michael E. Wiles, Courtroom 617, United States Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004 |
| **Telephonic Status Conference Attendance Instructions:** | The Hearing will only be conducted telephonically. Parties wishing to participate in the Hearing must make arrangements through Court Solutions LLC at www.court-solutions.com. Instructions to register for Court Solutions LLC are attached to General Order M-543. Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website") and clicking on the "Coronavirus COVID-19 Protocol" banner. |

---

[1]   The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119.

**Copies of Motions:**     Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York, or (iii) visiting the Debtor's case website (https://cases.stretto.com/greensill). Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

**The matters set for hearing are divided into the following categories for the purposes of this Agenda:**

I.  **CONFIRMATION HEARING**
II. **FEE APPLICATIONS**

I.  **CONFIRMATION HEARING**

1. Notice of (I) Combined Hearing to Consider Approval of Disclosure Statement and Plan Confirmation; and (II) Deadline for Objection to Disclosure Statement and Plan [Docket No. 286]

    Objection Deadline:     October 19, 2021 at 4:00 p.m. (ET)

    Responses:

    a. *Limited Objection of the Official Committee of Unsecured Creditors to Confirmation of the Debtor's Chapter 11 Plan of Liquidation for Greensill Capital Inc.*, [Docket No. 297].

    Related Documents:

    a. *Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 243];

    b. *Disclosure Statement for the Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 244];

    c. *Debtor's Application for an Order (I) Approving Certain Key Dates Relating to Confirmation of Debtor's Plan, Including Scheduling a Combined Hearing to Consider Approval of the Debtor's Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtor's Disclosure Statement on a Provisional Basis; and (IV) Approving (A) Procedures for Solicitation; (B) Forms of Ballots and Notices; (C) Procedures for Tabulation of Votes; and (D) Procedures for Objections* [Docket No. 245];

    d. *Affidavit of Service of Docket No. 245* [Docket No. 246];

    e. *Letter from the Official Committee of Unsecured Creditors in Support of Plan* [Docket No. 257];

    f. *Order (I) Approving Certain Key Dates Relating to Confirmation of the Debtor's Plan, Including Scheduling a Combined Hearing to Consider Approval of Debtor's Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtor's Disclosure Statement on a Provisional Basis; and (IV) Approving (A) Procedures for Solicitation; (B) Forms of Ballots and Notices; (C) Procedures for Tabulation of Votes; and (D) Procedures for Objections* [Docket No. 260];

    g. *Amended Order (I) Approving Certain Key Dates Relating to Confirmation of the Debtor's Plan, Including Scheduling a Combined Hearing to Consider Approval of Debtor's Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtor's Disclosure Statement on a Provisional Basis; and (IV) Approving (A) Procedures for Solicitation; (B) Forms of Ballots and Notices; (C) Procedures for Tabulation of Votes; and (D) Procedures for Objections* [Docket No. 265];

    h. *Second Amended Order (I) Approving Certain Key Dates Relating to Confirmation of the Debtor's Plan, Including Scheduling a Combined Hearing to Consider Approval of Debtor's Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtor's Disclosure Statement on a Provisional Basis; and (IV) Approving (A) Procedures for Solicitation; (B) Forms of Ballots and Notices; (C) Procedures for Tabulation of Votes; and (D) Procedures for Objections* [Docket No. 271];

    i. *Notice of Scheduling of Telephonic Omnibus Hearing* [Docket No. 272];

    j. *Notice of Filing of Solicitation Versions of Chapter 11 Plan of Liquidation for Greensill Capital Inc. and Related Disclosure Statement* [Docket No. 275];

    k. *Notice of Filing of Plan Supplement Pursuant to the Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 283];

    l. *Affidavit of Service of Solicitation Materials* [Docket No. 284];

    m. *Amended Affidavit of Service of Solicitation Materials* [Docket No. 285];

    n. *Notice of Selection of Liquidation Trustee* [Docket No. 290];

    o. *Declaration of John C. Gallego of Togut, Segal & Segal LLP Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Chapter 11 Plan of Liquidation of Greensill Capital Inc.* [Docket No. 295];

    p. *Supplemental Declaration of John C. Gallego of Togut, Segal & Segal LLP Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Chapter 11 Plan of Liquidation of Greensill Capital Inc.* [Docket No. 299];

    q. *Notice of Filing of First Amended Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 300];

    r. *Notice of Filing of Second Plan Supplement Pursuant to the Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 301];

    s. *Debtor's Memorandum of Law in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 302]

    t. *Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement and Confirming First Amended Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 303]; and

    u. *Notice of Filing of Amended Declaration of Jill Frizzley in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation for Greensill Capital Inc.* [Docket No. 304].

Status:  This matter is going forward.

## II. **FEE APPLICATIONS**

1. *First Application of Togut, Segal & Segal LLP as Counsel for the Debtor for Debtor for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From March 25, 2021 through July 31, 2021* [Docket No. 261]

   Objection Deadline:  October 19, 2021 at 4:00 p.m.

   Responses:  None.

   Related Documents:

       a. *Omnibus Notice of Hearing to Consider Interim and Final Applications for an Allowance of Compensation, and Reimbursement of Expenses Incurred by Professionals* [Docket No. 274];

       b. *Affidavit of Service of Docket No. 261* [Docket No. 277]; and

       c. *Affidavit of Service of Docket No. 274* [Docket No. 281].

   Status:  This matter is going forward.

2. *First Interim Application of Mayer Brown LLP as Special Counsel to the Debtor for Interim Allowance and Payment of Compensation for Professional Services Rendered and*

4

    *for Reimbursement of Actual and Necessary Expenses Incurred from March 25, 2021 Through August 31, 2021* [Docket No. 262]

    <u>Objection Deadline</u>: October 19, 2021 at 4:00 p.m.

    <u>Responses</u>:  None.

    <u>Related Documents</u>:

        a. *Omnibus Notice of Hearing to Consider Interim and Final Applications for an Allowance of Compensation, and Reimbursement of Expenses Incurred by Professionals* [Docket No. 274];

        b. *Affidavit of Service of Docket No. 262* [Docket No. 277]; and

        c. *Affidavit of Service of Docket No. 274* [Docket No. 281].

    <u>Status</u>:  This matter is going forward.

3. *First and Final Application of GLC Advisors & Co., LLC and GCLA Securities, LLC as Financial Advisor and Investment Banker for the Debtor for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 26, 2021 Through and Including August 31, 2021* [Docket No. 263]

    <u>Objection Deadline</u>: October 19, 2021 at 4:00 p.m.

    <u>Responses</u>:  None.

    <u>Related Documents</u>:

        a. *Omnibus Notice of Hearing to Consider Interim and Final Applications for an Allowance of Compensation, and Reimbursement of Expenses Incurred by Professionals* [Docket No. 274];

        b. *Affidavit of Service of Docket No. 263* [Docket No. 277]; and

        c. *Affidavit of Service of Docket No. 274* [Docket No. 281].

    <u>Status</u>:  This matter is going forward.

4. *First Application of Arent Fox LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for*

*Services Rendered During the Period from April 9, 2021 Through July 31, 2021* [Docket No. 264]

Objection Deadline: October 19, 2021 at 4:00 p.m.

Responses:  None.

Related Documents:

a. *Omnibus Notice of Hearing to Consider Interim and Final Applications for an Allowance of Compensation, and Reimbursement of Expenses Incurred by Professionals* [Docket No. 274];

b. *Affidavit of Service of Docket No. 264* [Docket No. 277]; and

c. *Affidavit of Service of Docket No. 274* [Docket No. 281].

Status:  This matter is going forward.

Dated:  New York, New York
October 25, 2021

GREENSILL CAPITAL INC.,
*Debtor and Debtor in Possession*
By its Counsel
TOGUT, SEGAL & SEGAL LLP,

By:

*/s/Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
BRYAN M. KOTLIAR
AMANDA C. GLAUBACH
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000