| | |
|---|---|
| Christos G. Papapetrou<br>HAYNES AND BOONE, LLP<br>30 Rockefeller Plaza, 26th Fl.<br>New York, NY 10112<br>(212) 659-7300<br>christos.papapetrou@haynesboone.com | Kelli S. Norfleet (*pro hac vice* admission pending)<br>HAYNES AND BOONE, LLP<br>1221 McKinney Street, Suite 4000<br>Houston, Texas 77010<br>(713) 547-2000<br>kelli.norfleet@haynesboone.com |

*Attorneys for Roland Hartley-Urquhart*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GREENSILL CAPITAL INC., | ) | Case No. 21-10561 (MEW) |
| Debtor.[1] | ) | |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") appears as counsel for Roland Hartley-Urquhart ("Mr. Hartley-Urquhart") in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| HAYNES AND BOONE, LLP<br>Christos G. Papapetrou<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 884-8256<br>Email: christos.papapetrou@haynesboone.com | HAYNES AND BOONE, LLP<br>Kelli S. Norfleet<br>1221 McKinney Street, Suite 4000<br>Houston, TX 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br>Email: kelli.norfleet@haynesboone.com |

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's corporate headquarters is located at 2 Gansevoort Street, New York, New York 10014.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Mr. Hartley-Urquhart to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 24, 2021
New York, New York

**HAYNES AND BOONE, LLP**

By: */s/ Christos G. Papapetrou*
Christos G. Papapetrou
30 Rockefeller Plaza, 26th Fl.
New York, NY 10112
Telephone:(212) 659-7300
Facsimile: (212) 884-8256
Email: christos.papapetrou@haynesboone.com

-and-

Kelli S. Norfleet (*pro hac vice* admission pending)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 236-5621
Email: kelli.norfleet@haynesboone.com

*Attorneys for Roland Hartley-Urquhart*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on November 24, 2021.

                                                      */s/ Christos G. Papapetrou*
                                                      Christos G. Papapetrou