Christos G. Papapetrou
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Fl.
New York, NY 10112
(212) 659-7300
christos.papapetrou@haynesboone.com

Kelli S. Norfleet (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, Texas 77010
(713) 547-2000
kelli.norfleet@haynesboone.com

*Attorneys for Roland Hartley-Urquhart*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| GREENSILL CAPITAL INC., | Case No. 21-10561 (MEW) |
| Debtor.[1] | **Related Docket No. 327** |

---------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF MOTION OF ROLAND HARTLEY-URQUHART FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b)(1)(A) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on March 25, 2021 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the *Motion of Roland Hartley-Urquhart for Allowance of an Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code*, filed on November 24, 2021 [Docket No. 327] (the "Administrative Claim Motion"), which was previously scheduled to be heard on December 16, 2021 at 10:00 a.m.

---

[1] The last four digits of the Debtor's federal tax identification number are 3971. The Debtor's corporate headquarters is located at 2 Gansevoort Street, New York, New York 10014.

(prevailing Eastern Time), **has been adjourned to April 6, 2022 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").**

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Liquidation Trustee under Greensill Capital Inc.'s confirmed Chapter 11 Plan to object to the Administrative Claim Motion has been extended to March 31, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.  In light of the COVID-19 pandemic, the Hearing will only be conducted telephonically. Parties wishing to participate in the Hearings must make arrangements through Court Solutions LLC at www.court-solutions.com. Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for pro se parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced pleading can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtor's chapter 11 case at https://cases.stretto.com/greensill, or (iii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: December 9, 2021
New York, New York

                        HAYNES AND BOONE, LLP

                        By:    */s/ Kelli S. Norfleet*
                        Christos G. Papapetrou
                        30 Rockefeller Plaza, 26th Fl.
                        New York, NY 10112
                        (212) 659-7300
                        christos.papapetrou@haynesboone.com

                        Kelli S. Norfleet (admitted *pro hac vice*)
                        1221 McKinney Street, Suite 4000
                        Houston, Texas 77010
                        (713) 547-2000
                        kelli.norfleet@haynesboone.com

                        *Attorneys for Roland Hartley-Urquhart*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was served by (i) electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case and (ii) first class U.S. Mail, postage prepaid and properly addressed, to the parties listed on the below Service List on December 9, 2021.

                                            */s/ Kelli S. Norfleet*
                                            Kelli S. Norfleet

## **SERVICE LIST**

Counsel for the Debtor:
Togut, Segal, & Segal LLP
Attn: Kyle J. Ortiz
One Penn Plaza, Suite 3335
New York, NY 10119

Counsel for the Creditors' Committee:
Arent Fox LLP
Attn: George P. Angelich
1301 Avenue of the Americas, Fl. 42 New York, NY 10019

Liquidation Trustee:
Craig R. Jalbert
Verdolino & Lowey, P.C.
124 Washington Street, Suite 101
Foxboro, MA 02035

Office of the United States Trustee
Southern District of New York
Attn: Susan A. Arbeit
201 Varick Street, Rm 1006
New York, NY 10014